**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>              v.<br><br>RONALD DONALD BRUCE GENOVESE, B.G. CAPITAL GROUP, LTD., and ABRAHAM "AVI" MIRMAN<br><br>                          Defendant. | Case No. 17-CV-05821 (RJS) |

## NOTICE OF MOTION TO DISMISS BY ABRAHAM "AVI" MIRMAN

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of this Motion to Dismiss, Defendant Abraham "Avi" Mirman will move this Court before the Honorable Richard J. Sullivan, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted and such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 2, 2018

                                  NORTON ROSE FULBRIGHT US LLP

By:      */s/ William J. Leone*
William J. Leone
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: 212-318-3000
Fax: 212-318-3400
william.leone@nortonrosefulbright.com

*Counsel for Defendant Abraham Mirman*