# EXHIBIT A

SAMPLE BROKERS REPRESENTATION LETTER FOR SALES BY NON-AFFILIATES

Ladies and Gentlemen:

We have read the attached letter from our client, Look Back Investments Inc addressed to the Liberty Silver Corp (the "Issuer"), and to the transfer agent with respect to the proposed resale of up to 6,500,000 shares of the issuer's restricted securities. We will be presenting the share certificate(s) to the issuer's transfer agent, either Pacific Stock Transfer or Olympia Transfer Services, Inc, to request removal of the restrictive legend.

In connection with the proposed sale of these securities, pursuant to Rule 144, under the Securities Act of 1933, as amended, the undersigned represents and warrants as follows:

1. The undersigned is a broker/dealer registered as such with the Securities and Exchange Commission pursuant to Section 15 of the Securities Exchange Act of 1934, as amended ("1934 Act").

2. After reasonable inquiry, the undersigned is not aware of any circumstances indicating that the Seller is an underwriter with respect to the transaction or that the sale is part of a distribution of securities of the issuer.

3. If the sale of the subject securities has not been completed within 90 days from the date below (unless an extended period is approved by the issuer and its counsel) the undersigned will return the certificate representing any unsold shares to the transfer agent on behalf of the issuer, to be reissued in the name of the Seller, with the restrictive legend customarily used by the issuer reaffixed.

Sincerely,

By: _____  Date 9/20/12