# EXHIBIT C

| | |
|---|---|
| **From:** | BG Capital Group <s.vogel@bgcap.com> |
| **Sent:** | Thursday, August 30, 2012 2:06 PM |
| **To:** | matthew@markingroup.com |
| **Subject:** | I am pleased to share a recent special report from David Bond of www.Silver-Investor.com led by renowned metals and investment expert, David Morgan. |

Having trouble viewing this email? Click here



I am pleased to share a recent special report from David Bond of www.Silver-Investor.com led by renowned metals and investment expert, David Morgan. The feature titled "Right Time (now)/Right Place (Nevada)/Right Metal (Silver)" outlines their insights and thoughts into Liberty Silver and the Trinity/Hi Ho Project.

I had the pleasure of meeting David and giving him a personal tour of the property that we are most excited about. As you will see from this report, our enthusiasm for the Trinity project and Liberty Silver Corp is shared.

Excerpts from the report follow:

Liberty Silver has moved aggressively into the silver market, and largely under the radar, into the stock market as well. The company leap-frogged from the U.S. pink sheets to a full-on listing on the Toronto Stock Exchange, without passing Go, the NASDAQ, or the TSX Venture exchange - largely on the

FOIA Confidential Treatment Requested by Markin
Pursuant to 17 CFR § 200.83

MARKIN 001451

resumes of its board of directors, and on the merits of the property.

Of particular relevance to investors might be the interest that BG Capital Group, led by Canada's legendary Bobby Genovese, has shown in the Liberty Silver play. Genovese dropped several million dollars of his own money into the project in Nevada to kick-start the NI 43-101 upgrades on the more than 100 holes already drilled by Borax and Newmont. "Without having to drill another hole, or spending another penny, we think we're sitting on 50 million ounces of silver," Genovese told me during the site visit. "It's a $1.5 billion resource. We are on a fast track to production, and nobody knows about us," he added. I am certain you share my excitement for this project and I will continue to keep you updated on its progress.

Best Wishes for a happy Labor Day weekend!

Bobby Genovese
CEO, BG Capital Group

To view this special report, please click this link:




This email was sent to matthew@markingroup.com by s.vogel@bgcap.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

BG Capital Group | 1250 South Pine Island Road | Plantation | FL | 33324

FOIA Confidential Treatment Requested by Markin
Pursuant to 17 CFR § 200.83

MARKIN 001452