# EXHIBIT E

CONTACT:
Joanne Polin
(561) 350-8784
Hillary Reynolds
(954) 815-1186

FOR IMMEDIATE RELEASE

## LIBERTY SILVER DOUBLES IN VALUE AND TRADES OVER $20 MILLION SHARES IN SEPTEMBER

PLANTATION, FLORIDA (September 27, 2012) – Renowned and respected investment advisor and founder of Midas Letter (www.midalsletter.com), a subscriber-driven private investment strategy newsletter, James West, has recently reported his overview of the Trinity Silver Project, a Liberty Silver Corp. (TSX: LSL, OTCBB: LBSV) endeavor.

The Trinity Silver Project is located 25 miles northwest of Lovelock, Nevada (Pershing County) and shares its geographical location with major gold and silver producers including one of the largest silver mines in the United States, the Rochester silver mine owned by Coeur d'Alene Mines Corporation (NYSE:CDE), which produced 125 million ounces of silver from 1986 to 2010 and has an estimated 120 million silver ounces in reserves.

As reported by West at www.midasletter.com, "In the month of September so far, the company has traded over 20 million shares and doubled in value. Silver itself has traded in a similar trajectory, increasing in value by 35% since mid-summer, and outperforming gold smartly. The most respected and experienced traders in precious metals fully expect the ratio of how many ounces of silver it takes to buy one ounce of gold to head towards 16:1 from its current level of over 50:1. That would imply a silver value of $110 per ounce.

"If Liberty Silver shares continue to trade at such a high beta to the silver futures price, the premium being awarded Liberty Silver could be substantial," adds West.

Liberty Silver Corp is an advanced stage junior silver mining company focused on developing its flagship property – the Trinity Silver Project – comprised of 10,600 acres including 5,700 acres of fee land and 240 unpatented mining claims. The Trinity property, previously mined and operated by US Borax, produced 5 million ounces of silver from 1.1 million tons of ore from its open pit oxide resource from 1987 to 1989; mining ceased when sulfide mineralization was encountered in the bottom of the pit and metal prices were too low to support mining the sulfide resource.

Historical drilling and production data, recent surveys and drilling results, as well as independent research reveals the property has potential resources of approximately 120m silver equivalent ounces between the Trinity property and the adjacent Hi Ho silver property of which Liberty recently entered into a mineral rights agreement with.

West cites Liberty Silver's "caliber of management and board of directors" as a key to the project's success with leadership from Geoffrey Brown, Chairman & CEO, former head of private equity at Merrill Lynch Canada; Bill Tafuri, President, bringing 40 years of diverse mining and exploration experience with such companies as Getty Mining Co., Kennecott Corp. and Santa Fe Pacific Gold Corp.; Paul Haggis, an icon in Canadian business circles as Chairman of Canadian Pacific Railway Ltd (NYSE:CP TSX:CP), C.A. Bancorp Inc., a Canadian merchant bank and alternative asset manager and Alberta Enterprise Corporation, a venture capital fund overseeing $100 million for early-stage ventures; and the backing of legendary entrepreneur Bobby Genovese, Chairman of BG Capital Group (a venture capital and private equity firm based in Barbados with offices throughout North America with assets of more than $200 million) as one of the biggest shareholders of Liberty Silver Corp. For more information on BG Capital Group visit www.bgcpapitalgroup.com.

James West is the portfolio advisor to the Midas Letter Opportunity Fund (CMIDLOA:LX) and an investment advisor to institutional investors and high net worth family offices with expertise in investing in commodities, real estate and energy, and providing access to early stage opportunities to public companies who explore for and produce such commodities. He has spent more than 20 years working in capacities such as corporate finance advisor, corporate development officer, investor relations officer, media relations and business development officer for companies involved in mining, oil and gas, alternative fuels, healthcare, internet technology, transportation, manufacturing, and housing construction. His website, www.midasletter.com, receives more than 30,000 unique visits per month.

# #

Confidential Treatment Requested by
BG Capital

BGC_00000423