# EXHIBIT F

| | |
|---|---|
| **From:** | BG Capital Group <s.vogel@bgcap.com> |
| **Sent:** | Friday, September 28, 2012 11:12 AM |
| **To:** | matthew@markingroup.com |
| **Subject:** | James West's MidasLetter |

Having trouble viewing this email? Click here



Friends and Colleagues,

We thought you would find James West's latest MidasLetter report on Liberty Silver informative.

Please click on this link to view the report.

Regards,

Bobby Genovese

BG Capital has a long position in this security via its subsidiary, LookBack Investments and may trade in and out of this security at their own discretion without informing any person or entity. The information in this report reflects the opinion of BG Capital and should not be unduly relied upon and should not be considered investment advice. This investment note includes forward looking statements and estimates that are subject to numerous risks and uncertainties, which may cause actual events to differ materially from the forward-looking statements and estimates expressed herein. As such, readers should not unduly rely upon any forward looking statement or estimates made. The information contained in this letter has been compiled by BG Capital from sources believed to be reliable, but no representation or warranty, express or implied, is made by BG Capital, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. BG Capital has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this letter constitute BG Capital's judgement as of the date of this investment research, are subject to change without notice and are provided in good faith but without legal responsibility or liability. This investment research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein. This material is prepared for general circulation and does not have regard to the investment objectives, financial situation or particular needs of any particular person and should not be considered in any circumstance investment advice. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of BG Capital, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this letter.

FOIA Confidential Treatment Requested by Markin
Pursuant to 17 CFR § 200.83

MARKIN 001453

SafeUnsubscribe 

This email was sent to matthew@markingroup.com by s.vogel@bgcap.com |
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

BG Capital Group | 1250 South Pine Island Road | Plantation | FL | 33324

FOIA Confidential Treatment Requested by Markin
Pursuant to 17 CFR § 200.83

MARKIN 001454