UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                     Plaintiffs,

-against-

ROBERT DONALD BRUCE GENOVESE, B.G. CAPITAL GROUP, LTD., and ABRAHAM "AVI" MIRMAN,

                     Defendants.

Case No. 17-CV-05821 (LGS)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                           ) SS.
COUNTY OF NEW YORK  )

    I, M. Hannah Koseki, hereby declare as follows:

    1.    I am not a party to the above case, I am in the employ of Norton Rose Fulbright US LLP, attorneys for Defendant Abraham "Avi" Mirman, and I am over the age of eighteen years old.

    2.    On January 9, 2019, I served by Federal Express priority overnight delivery and by courier service true and accurate copies of the Order to Show Cause, dated January 4, 2019 [D.E. 71] on:

| | |
|---|---|
| Thomas Belesis<br>60 Beach Street, Apt. 1A<br>New York, New York 10013 | John Thomas Financial<br>60 Beach Street, Apt. 1A<br>New York, New York 10013 |
| Thomas Belesis<br>60 Beach Street, Apt. PH1<br>New York, New York 10013 | John Thomas Financial<br>60 Beach Street, Apt. PH1<br>New York, New York 10013 |

3.    On January 10, 2019, I served by Federal Express priority overnight delivery true and accurate copies of the Order to Show Cause, dated January 4, 2019 [D.E. 71] on:

| | |
|---|---|
| Richard Nummi<br>Nummi and Associates<br>701 77th Avenue North<br>Suite 56194<br>St. Petersburg, Florida 33732 | Robert Bursky, Esq.<br>68 S. Service Rd.<br>Suite 100<br>Melville, New York 11747-2350 |
| Thomas Belesis<br>c/o Michael F. Schwartz, Esq.<br>40 Fulton Street, 7th Floor<br>New York, New York 10038 | John Thomas Financial<br>c/o Michael F. Schwartz, Esq.<br>40 Fulton Street, 7th Floor<br>New York, New York 10038 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2019
       New York, New York

By: _/s/ M. Hannah Koseki_
      M. Hannah Koseki

Sworn to before me this
__11th__ day of January, 2019

_/s/ Matthew Clayton Lamb_
Notary Public

MATTHEW CLAYTON LAMB
Notary Public, State of New York
No. 02LA6346948
Qualified in New York County
Commission Expires Aug. 22, 2020

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                            Plaintiffs,

        -against-

ROBERT DONALD BRUCE GENOVESE, B.G. CAPITAL GROUP, LTD., and ABRAHAM "AVI" MIRMAN,

                            Defendants.

Case No. 17-CV-05821 (LGS)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                            ) SS.
COUNTY OF NEW YORK  )

    I, Kade Coutain, hereby declare as follows:

    1.    I am not a party to the above case, I am in the employ of Norton Rose Fulbright US LLP, attorneys for Defendant Abraham "Avi" Mirman, and I am over the age of eighteen years old.

    2.    On January 10, 2019, I served by hand delivery true and accurate copies of the Order to Show Cause, dated January 4, 2019 [D.E. 71] on:

        Thomas Belesis                        John Thomas Financial
        c/o Michael F. Schwartz, Esq.      c/o Michael F. Schwartz, Esq.
        40 Fulton Street, 7th Floor           40 Fulton Street, 7th Floor
        New York, New York 10038           New York, New York 10038

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2019
      New York, New York

By: *[signature]*
                  Kade Coutain

Sworn to before me this
11th day of January, 2019

*[signature]*
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Suffolk County
Commission Expires Nov. 25, 20 22

2