

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

JACK KAUFMAN
(212) 336-0106
KAUFMANJA@SEC.GOV

July 12, 2019

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   SEC v. Mirman, 17-cv-5821 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

In accordance with the Court's July 1, 2019 Order (DE 122), Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Abraham Mirman have met and conferred, and the parties have agreed upon the following revised pretrial schedule:

11/01/19 - Fact depositions completed/fact discovery closes.
11/15/19 - Initial expert reports due.
12/06/19 - Expert rebuttal reports due.
12/20/19 - Expert discovery completed.
01/17/20 - Pre-motion conference letter regarding dispositive motions.
01/24/20 - Pre-motion conference rebuttal letter.
01/31/20 - Pre-motion conference for dispositive motions.

The parties' principal remaining fact discovery consists of approximately ten depositions. The parties have conferred and determined that a November 1, 2019 fact discovery cutoff is necessary to accommodate counsels' and witnesses' August and September vacation schedules, September and October holidays, and other scheduling conflicts, and to include sufficient time to resolve any remaining fact discovery disputes.

Respectfully submitted,
/s/
Jack Kaufman
Senior Trial Counsel
Division of Enforcement

cc:   Defendant Mirman, via ECF.