AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| U.S. Securities and Exchange Commission )<br>*Plaintiff* )<br>v. )<br>Genovese, et al. )<br>*Defendant* ) | Case No. 17-cv-5821-LGS |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff U.S. Securities and Exchange Commission (in addition to appearances on file).

Date: 12/3/2019

s/ Judith Ann Weinstock
*Attorney's signature*

Judith Ann Weinstock-JW 4240
*Printed name and bar number*
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281

*Address*

weinstockj@sec.gov
*E-mail address*

(212) 336-9078
*Telephone number*

*FAX number*