USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

GENOVESE et al.,

                Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**1:17-CV-5821 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 139). A telephone conference will be held on **Monday, January 13, 2020 at 10:15 a.m**. in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Plaintiff's counsel and counsel for the non-settled Defendant Mirman are directed to call Judge Parker's Chambers on **Monday, January 13, 2020 at 10:15 a.m.** with all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: January 8, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge