```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                  Plaintiff,                :   17 Civ. 5821 (LGS)
                                                            :
              -against-                                     :   ORDER
                                                            :
ABRAHAM MIRMAN, et al.,                                     :
                                  Defendants.               :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference was held on January 7, 2020, to discuss the parties' proposed cross-motions for summary judgment. It is hereby

**ORDERED** that, as discussed at the conference, the parties shall participate in a settlement conference before Judge Parker before a summary judgment briefing schedule is entered. If the settlement conference is unsuccessful, the parties shall file a letter stating so **within one week** of this result, advising whether they intend to proceed with the cross-motions, only one of the motions or neither motion, and proposing a briefing schedule. The schedule shall not exceed 60 days in total from the date the first brief is due.

If parties propose a schedule for cross-motions, it shall follow this format:

- Party's opening motion;
- Counterparty's opening motion and opposition to party's motion;
- Party's opposition motion to counterparty's motion and reply in support of its motion;
- Counterparty's reply in support of its motion.

For cross-motions, each party is permitted 50 pages total of briefing. The parties shall propose, along with the schedule, how they each intend to allocate their respective 50 pages across their two briefs.

Dated: January 8, 2020
       New York, New York

                                          _____
                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE