# EXHIBIT 1

Page 9
1  09:45:38 ability to testify here today in any way?
2  09:45:43 A. No.
3  09:45:43 Q. Okay. Is there any illness you're
4  09:45:45 suffering from -- and I'm not asking you right now
5  09:45:47 to tell me what that is, if there is one -- but that
6  09:45:50 would affect your memory or ability to testify today
7  09:45:52 fully and truthfully?
8  09:45:54 A. No.
9  09:45:55 Q. Any other reason you can think of why you
10 09:45:58 might have any difficulty testifying today fully and
11 09:46:01 truthfully?
12 09:46:03 A. No.
13 09:46:05 Q. I'm going to start off by asking you about
14 09:46:09 your employment background in the securities
15 09:46:12 industry.
16 09:46:12 You were employed in that industry for
17 09:46:13 about 20 years; is that right?
18 09:46:15 A. Since 1993.
19 09:46:17 Q. And you still are employed in that
20 09:46:19 industry?
21 09:46:20 A. No.
22 09:46:20 Q. When did you stop being employed in the
23 09:46:22 securities industry?
24 09:46:25 A. 2014.
25 09:46:27 MR. KAUFMAN: Just to make this as easy as

Page 10
1  09:46:32 possible, we'll mark Exhibit 1.
2  09:46:33 (Mirman Exhibit 1, No Bates numbers,
3  09:46:33 U4 Employment History, marked for
4  09:46:33 identification.)
5  09:46:46 BY MR. KAUFMAN:
6  09:46:47 Q. The court reporter has just handed you
7  09:46:48 what's been marked as Mirman Exhibit 1 titled
8  09:46:52 "U4 Employment History. Individual name: Mirman,
9  09:46:57 Abraham."
10 09:47:01 Do you recognize it?
11 09:47:01 A. Yes.
12 09:47:02 Q. What is it? What do you understand it to
13 09:47:04 be?
14 09:47:05 A. My U4 employment history.
15 09:47:09 Q. If you look at the very bottom of the
16 09:47:10 page, first page -- this is double-sided copy so
17 09:47:15 there's two pages -- there's an entry, September 13,
18 09:47:21 1993, to August 23, 1996, on the left bottom corner.
19 09:47:26 Do you see that?
20 09:47:27 A. I do.
21 09:47:27 Q. And then if you turn the page, it appears
22 09:47:29 to be related to Kensington Wells, Incorporated.
23 09:47:35 Do you see that?
24 09:47:36 A. Yes.
25 09:47:36 Q. Was that your first employer in the

Page 11
1  09:47:38 securities industry?
2  09:47:39 A. Yes.
3  09:47:39 Q. What was your position there and what did
4  09:47:40 you do there?
5  09:47:42 A. I was a retail stockbroker.
6  09:47:44 Q. What does that mean?
7  09:47:49 A. An individual licensed to transact in
8  09:47:51 securities.
9  09:47:54 Q. You had customer clients; is that right?
10 09:47:55 A. Yes.
11 09:47:56 Q. And you sold them securities?
12 09:48:00 A. Yes.
13 09:48:01 Q. And I'm going to ask you, as you go
14 09:48:05 through, are these dates correct for your employment
15 09:48:09 dates at these places.
16 09:48:11 So is that correct for Kensington Wells?
17 09:48:15 A. Yes.
18 09:48:15 Q. That was next -- your next employer -- and
19 09:48:18 why did you leave Kensington Wells?
20 09:48:22 A. I was terminated.
21 09:48:24 Q. Why was that?
22 09:48:28 A. I was -- it's a really long story, but
23 09:48:33 I'll shorten it for you.
24 09:48:38 I was threatened. I had two false
25 09:48:42 customer complaints filed against me, and I was

Page 12
1  09:48:45 terminated for cause.
2  09:48:48 Q. What did the complaints concern?
3  09:48:51 A. Failure to execute a sell order and an
4  09:48:53 unauthorized trade.
5  09:48:57 Q. And the next entry -- this is in reverse
6  09:49:02 chronological order so from September 9, 1996, to
7  09:49:06 January 1, 1997, it says, Suncoast Capital Corp.
8  09:49:11 Was that the next -- was that your next employer and
9  09:49:15 are those dates correct?
10 09:49:17 A. That was my next employer. I have no
11 09:49:21 reason to believe those dates are not correct.
12 09:49:22 Q. What did you do at Suncoast Capital?
13 09:49:24 A. Retail stockbroker.
14 09:49:26 Q. The same thing you did at Kensington
15 09:49:29 Wells?
16 09:49:30 A. Correct.
17 09:49:31 Q. And the next one, Bishop, Allen, Inc.,
18 09:49:35 January 13, 1997, to April 14, 1997, is that your
19 09:49:39 next employer?
20 09:49:40 A. Yes.
21 09:49:41 Q. And what did you do there?
22 09:49:43 A. Retail stockbroker.
23 09:49:44 Q. And what were these firms that I've been
24 09:49:47 reading off? What kind of firms were they?
25 09:49:50 A. Could you please rephrase the question.

Page 13

1  09:49:52 Q. Are they broker/dealers?
2  09:49:53 A. Yes.
3  09:49:54 Q. And why did you leave Suncoast and why did
4  09:49:57 you leave Bishop, Allen?
5  09:49:59 A. I don't really remember.
6  09:50:03 Q. The next one, Duke & Co., April 14, 1997,
7  09:50:06 to March 27, 1998, was that your next employer and
8  09:50:10 are those dates correct?
9  09:50:12 A. That was my next employer. I have no
10 09:50:15 reason to believe those dates are not correct.
11 09:50:17 Q. What did you do there?
12 09:50:19 A. Retail stockbroker.
13 09:50:20 Q. Is that another broker/dealer?
14 09:50:22 A. Yes.
15 09:50:23 Q. You did the same thing there that you did
16 09:50:26 at the three other firms?
17 09:50:27 A. Yes.
18 09:50:27 Q. Why did you leave Duke & Co.?
19 09:50:32 A. Duke & Company was shut down.
20 09:50:35 Q. Do you know why they were shut down?
21 09:50:40 A. Regulatory reasons.
22 09:50:41 Q. Do you know what those were?
23 09:50:44 A. No.
24 09:50:47 Q. The next one, Trautman Wasserman &
25 09:50:49 Company, did you work there from May 13, 1998, to

Page 14

1  09:50:53 May 14, 1999?
2  09:50:56 A. I don't know the exact dates, but, again,
3  09:50:58 I have no reason to believe they're not correct.
4  09:51:02 Q. And you worked there?
5  09:51:04 A. Correct.
6  09:51:04 Q. What did you do there?
7  09:51:05 A. There, beginning, I was a retail
8  09:51:08 stockbroker, and then I became an investment banker.
9  09:51:14 Q. What do you mean by "investment banker"?
10 09:51:16 A. I learned how to make direct investments
11 09:51:20 into companies instead of buying stock in the
12 09:51:22 market.
13 09:51:22 Q. What do you mean by "direct investments"?
14 09:51:24 A. Structured investments like loans, private
15 09:51:27 placements, IPOs, secondary offerings, bridge loans,
16 09:51:32 direct investments into companies.
17 09:51:34 Q. And how much of your time at Trautman was
18 09:51:37 spent on the retail side and how much on the direct
19 09:51:40 investment side?
20 09:51:42 A. They never overlapped. So the first
21 09:51:44 portion -- and I don't recall exactly how long that
22 09:51:46 was -- was only retail. And then the last portion
23 09:51:53 was investment banking. So it wasn't at the same
24 09:51:57 time.
25 09:52:02 Q. And why did you leave Trautman Wasserman?

Page 15

1  09:52:06 A. I got very lucky. We did a transaction
2  09:52:11 that I received warrants in that later became very
3  09:52:16 valuable and decided to leave the industry.
4  09:52:23 Q. What did you do after that?
5  09:52:29 A. For two or three years, I took off, didn't
6  09:52:33 really do anything. And then for another two or
7  09:52:36 three years, I was an investor.
8  09:52:41 Q. What do you mean by "investor"?
9  09:52:42 A. I invested in companies.
10 09:52:45 Q. Just on your own account?
11 09:52:49 A. You know, I don't remember. I think I
12 09:52:52 invested along others, I invested for my own account
13 09:52:55 in certain circumstances.
14 09:52:58 Q. And then there came a time when you
15 09:53:00 rejoined the securities industry?
16 09:53:03 A. Correct.
17 09:53:03 Q. When was that?
18 09:53:05 A. 2005.
19 09:53:06 Q. Why did you come back?
20 09:53:09 A. I was recruited by the CEO of GunnAllen
21 09:53:12 Financial.
22 09:53:13 Q. Who was that?
23 09:53:14 A. Rick Frueh.
24 09:53:15 Q. Well, do you know how he came to recruit
25 09:53:17 you?

Page 16

1  09:53:18 A. We had a relationship for the years prior.
2  09:53:24 I don't recall exactly how he approached me.
3  09:53:26 Q. And you decided to get back into the
4  09:53:29 industry?
5  09:53:29 A. Yes.
6  09:53:30 Q. Why did you do that?
7  09:53:36 A. I think that he gave me an opportunity
8  09:53:39 that I thought was appealing and started to come
9  09:53:44 back in.
10 09:53:46 Q. What was appealing about the opportunity?
11 09:53:48 A. I was an investment banker. And I think
12 09:53:53 the payouts at GunnAllen, given that it is an
13 09:53:58 independent model, which is different than your
14 09:53:59 normal retail broker/dealer model, provided high
15 09:54:03 payouts on commissions.
16 09:54:06 Q. What was your position at GunnAllen?
17 09:54:09 A. I was a banker.
18 09:54:12 Q. Is that the only position you held there?
19 09:54:15 A. We managed a small hedge fund too.
20 09:54:19 Q. What did you do as a banker at GunnAllen?
21 09:54:22 A. Structured financing for companies.
22 09:54:24 Conducted mergers, acquisitions.
23 09:54:28 Q. How long did you stay at GunnAllen?
24 09:54:32 A. Eighteen months.
25 09:54:33 Q. So you left in October 2006; is that

Page 17

1  09:54:39 right?
2  09:54:40 A. I was looking at the one below, which was
3  09:54:42 March '05 to September '05, which makes no sense.
4  09:54:46 So 19 months. I don't recall exactly what dates.
5  09:54:51 Q. And why did you leave?
6  09:54:56 A. We left to form our own broker/dealer and
7  09:54:59 go on our own.
8  09:55:01 Q. Who is "we"?
9  09:55:02 A. My brother Michael and I.
10 09:55:05 Q. What was the name of that broker/dealer?
11 09:55:07 A. That's the next entry on the page. It's
12 09:55:10 Cresta Capital Strategies.
13 09:55:12 Q. Who owned that broker/dealer?
14 09:55:14 A. My brother Michael.
15 09:55:16 Q. He solely owned it?
16 09:55:17 A. Yes.
17 09:55:18 Q. You didn't own any of it?
18 09:55:20 A. I don't think so.
19 09:55:21 Q. What was your role there?
20 09:55:24 A. Chairman.
21 09:55:24 Q. What did you do --
22 09:55:26 A. And --
23 09:55:26 Q. Sorry.
24 09:55:27 A. Go ahead.
25 09:55:28 Q. Were you finished answering?

Page 18

1  09:55:31 A. Chairman.
2  09:55:32 Q. What did you do as chairman at Cresta
3  09:55:35 Capital?
4  09:55:36 A. I set policy for the firm, I guess, from
5  09:55:39 what I recall, and I was also a banker.
6  09:55:43 Q. What did Cresta Capital do?
7  09:55:46 A. We were a nickel BD. We made
8  09:55:49 introductions to capital sources for companies that
9  09:55:51 needed it.
10 09:55:53 Q. Did you say "nickel BD"?
11 09:55:55 A. Yes.
12 09:55:55 Q. What is that?
13 09:55:56 A. Broker/dealer with $5,000 in net capital.
14 09:55:58 It's a broker/dealer that doesn't maintain customer
15 09:56:01 accounts.
16 09:56:03 Q. When you said you "set policy," what do
17 09:56:04 you mean by that?
18 09:56:06 A. Not set policy -- I said policy. There
19 09:56:10 are five people at the firm so I was the person who
20 09:56:13 ran the board.
21 09:56:17 Q. What did you actually do in that role?
22 09:56:20 A. I don't really remember.
23 09:56:26 Q. Did there come a time when Cresta Capital
24 09:56:29 ceased or when you ceased working there?
25 09:56:30 A. Yes.

Page 19

1  09:56:31 Q. When was that?
2  09:56:33 A. 2011.
3  09:56:35 Q. Then you went to BMA Securities; is that
4  09:56:38 right?
5  09:56:38 A. Yes.
6  09:56:39 Q. And why did Cresta cease?
7  09:56:44 A. It ceased because BMA Securities offered
8  09:56:48 us the opportunity to come in and run investment
9  09:56:52 banking for the firm.
10 09:56:54 Q. And you thought that was a better
11 09:56:56 opportunity than how Cresta Capital was doing?
12 09:56:59 A. I did.
13 09:56:59 Q. Why was that?
14 09:57:00 A. I mean, they were a full-service
15 09:57:03 broker/dealer. They had a trading desk. They did
16 09:57:08 not have a banking department. I developed a good
17 09:57:11 relationship with the owner and thought it would be
18 09:57:14 a good change.
19 09:57:16 Q. And, again, what did you do at BMA
20 09:57:17 Securities?
21 09:57:20 A. Investment banking.
22 09:57:22 Q. How long were you there?
23 09:57:31 A. Four months.
24 09:57:32 Q. Why only four months?
25 09:57:33 A. Because I was given another good

Page 20

1  09:57:36 opportunity by what I thought was a better place
2  09:57:39 called John Thomas Financial.
3  09:57:42 Q. Why did you think John Thomas Financial
4  09:57:44 was better than BMA Securities?
5  09:57:46 A. I was a banker. I was somebody who would
6  09:57:49 structure products, and I was given a new title of
7  09:57:55 head of banking with a large retail distribution.
8  09:58:05 Q. Prior to John Thomas Financial, when was
9  09:58:08 the last time before that that you worked as a
10 09:58:12 broker, securities broker?
11 09:58:15 A. Trautman Kramer.
12 09:58:18 Q. Trautman Wasserman?
13 09:58:20 A. Yes. Trautman Kramer was the name prior
14 09:58:23 to Trautman Wasserman.
15 09:58:25 Q. And I will skip ahead to -- then you left
16 09:58:28 John Thomas in February 2013; is that right?
17 09:58:31 A. Yes.
18 09:58:32 Q. And why did you leave?
19 09:58:37 A. We left. And we had already decided
20 09:58:42 towards the end of 2012 that we wanted to leave the
21 09:58:45 whole banking department. So we just wanted nothing
22 09:58:51 to do with John Thomas anymore at that point, and so
23 09:58:56 we all left to Corinthian Partners.
24 09:59:00 Q. When did you decide that?
25 09:59:01 A. I don't recall exactly. It was the end of

Page 33

1  10:13:40 A. I really don't remember.
2  10:13:47 Q. Do you remember receiving any training
3  10:13:48 regarding sales of restricted stock or Rule 144?
4  10:13:55 A. No.
5  10:14:17 Q. While you were at JTF -- first of all,
6  10:14:21 where were the offices of JTF?
7  10:14:25 A. What was the address?
8  10:14:27 Q. Yes. Where were they?
9  10:14:28 A. It was 14 Wall Street.
10 10:14:29 Q. And can you describe physically where your
11 10:14:32 office was at JTF with relation to the rest of the
12 10:14:36 office?
13 10:14:36 A. It would be easier if I had a floor plan.
14 10:14:40 Kind of tough to describe.
15 10:14:42 Q. Was there a trading floor at those
16 10:14:45 offices?
17 10:14:46 A. Yes.
18 10:14:49 Q. And can you just describe what the trading
19 10:14:51 floor looked like. Was it a large room?
20 10:14:54 A. It was.
21 10:14:56 Q. And how many broker/dealers were there at
22 10:14:59 any one time during the working day? How many
23 10:15:04 brokers? Excuse me.
24 10:15:06 A. Brokers?
25 10:15:06 Q. Yes.

Page 34

1  10:15:07 A. It varied. I've seen 200, 300 at points.
2  10:15:15 Q. Well, was that the case in the summer and
3  10:15:20 fall of 2012, that there were that many brokers on
4  10:15:22 the trading floor?
5  10:15:26 A. Between a hundred and 200, maybe.
6  10:15:28 Q. And where was your office located in
7  10:15:30 relation to the trading floor?
8  10:15:33 A. We were in a separate area of the
9  10:15:36 building.
10 10:15:37 Q. Was it on the same floor?
11 10:15:39 A. Yes.
12 10:15:40 Q. Can you just explain that. How far away
13 10:15:43 was it from the trading floor?
14 10:15:47 A. The trading floor. Then you had big
15 10:15:50 conference room. Then you had some other hallways.
16 10:15:53 And then you had back office, administrative kind of
17 10:15:58 stuff, legal, compliance and banking all on the
18 10:16:04 other side of that floor.
19 10:16:09 Q. Did you have free access to the trading
20 10:16:11 floor?
21 10:16:12 A. I did, yes.
22 10:16:15 Q. Did you ever go on the trading floor and
23 10:16:17 observe the brokers during the working day?
24 10:16:21 A. Yes.
25 10:16:21 Q. Can you describe what the atmosphere was

Page 35

1  10:16:27 like on the trading floor when the brokers were
2  10:16:29 selling stock.
3  10:16:32 MR. LEONE: Object to form; overbroad.
4  10:16:33 BY MR. KAUFMAN:
5  10:16:37 Q. If you understand the question, you can
6  10:16:38 answer.
7  10:16:39 A. Do you mind rephrasing it, please.
8  10:16:42 Q. Was it a calm atmosphere? Was it noisy?
9  10:16:45 What was it like?
10 10:16:46 A. It depended. If it was a great day,
11 10:16:48 electrifying, a lot of energy. If it was a bad day,
12 10:16:52 it was the exact opposite.
13 10:16:56 Q. What do you mean by "a great day"?
14 10:16:59 A. I don't know. If the stock market was up,
15 10:17:04 that would dictate a great day. If the stock market
16 10:17:07 was crashing, that would dictate a bad day.
17 10:17:11 Q. And what about if brokers were actually
18 10:17:14 making sales of stock on the trading floor; is that
19 10:17:17 something that would have been apparent to someone
20 10:17:19 who was there?
21 10:17:21 A. I'm sorry. Can you rephrase the question.
22 10:17:23 Q. When a broker made a sale, was that
23 10:17:25 something that was announced or was there some
24 10:17:27 indication of that?
25 10:17:29 A. Rarely, but it did happen.

Page 36

1  10:17:31 Q. And how did it happen?
2  10:17:35 A. How was -- how did what happen?
3  10:17:37 Q. You said that it did happen, that there
4  10:17:40 was some kind of indication that a sale had been
5  10:17:42 made.
6  10:17:43 How was that indication made?
7  10:17:44 A. Oh, sorry. Got you. Tommy would announce
8  10:17:48 it, generally speaking.
9  10:17:49 Q. How would he announce it?
10 10:17:51 A. Loudspeaker.
11 10:17:53 Q. That's Tom Belesis?
12 10:17:54 A. Yes.
13 10:17:54 Q. Who was he?
14 10:17:55 A. The owner.
15 10:17:56 Q. Of JTF?
16 10:17:57 A. Yes.
17 10:18:00 Q. And what did Mr. Belesis say over the
18 10:18:02 speaker?
19 10:18:07 A. I didn't really hear all that much. A
20 10:18:12 couple, few times I did hear just announcing, you
21 10:18:16 know, either a new account was opened or some trade
22 10:18:19 took place and would acknowledge the name of the
23 10:18:25 broker.
24 10:18:27 Q. Did you ever overhear what the traders
25 10:18:29 were saying to potential customers that they were

Page 37

1  10:18:32 talking to on the trading floor?
2  10:18:37 A. To potential customers?
3  10:18:38 Q. Or to their clients.
4  10:18:42 A. Not really.
5  10:18:49 Q. Are you familiar with the term "boiler
6  10:18:51 room" in the securities industry?
7  10:18:52 A. Yes.
8  10:18:53 Q. What does that mean to you?
9  10:18:56 A. A large room with lots of people screaming
10 10:19:03 and yelling on the telephone.
11 10:19:05 Q. Was that -- was the atmosphere like that
12 10:19:07 at John Thomas?
13 10:19:08 A. At times.
14 10:19:10 Q. Anything else about the atmosphere or
15 10:19:13 anything else about the trading floor that was like
16 10:19:15 a boiler room?
17 10:19:19 A. You'd have to ask me specific questions.
18 10:19:25 Q. Well, let me ask you about the term
19 10:19:25 "boiler room" then.
20 10:19:28 Anything else about the term "boiler room"
21 10:19:30 that comes to mind other than people screaming?
22 10:19:33 A. No.
23 10:19:37 Q. Were you aware of the brokers on the
24 10:19:40 trading floor using any sorts of high-pressure sales
25 10:19:44 tactics with their clients or potential clients?

Page 38

1  10:19:46 A. No.
2  10:19:53 Q. Did you ever discuss the trading floor
3  10:19:55 atmosphere with anyone else at JTF?
4  10:20:00 A. Not that I recall as I'm sitting here now.
5  10:20:04 Q. I think you may have said before JTF had a
6  10:20:07 compliance department; is that right?
7  10:20:09 A. Yes.
8  10:20:10 Q. Who was in the compliance department?
9  10:20:15 A. Joseph Castellano.
10 10:20:19 Q. Who else?
11 10:20:21 A. His son, whose name escapes me. Michael
12 10:20:32 Egan. I think there was one other person there,
13 10:20:38 too. I don't remember.
14 10:20:41 Q. And what was Mr. Castellano's role?
15 10:20:44 A. Chief compliance officer.
16 10:20:49 Q. And his son, what was his role?
17 10:20:52 A. His assistant.
18 10:20:54 Q. And while you were at JTF, did you form
19 10:20:57 any sort of impression of Mr. Castellano's
20 10:21:00 competence as chief compliance officer?
21 10:21:04 A. Yes.
22 10:21:05 Q. What was that?
23 10:21:10 A. A little weak.
24 10:21:11 Q. What do you mean by "a little weak"?
25 10:21:20 A. That is what I mean.

Page 39

1  10:21:22 Q. Can you be a little more specific what you
2  10:21:23 mean by "weak"?
3  10:21:28 A. I just didn't think he was -- how do I put
4  10:21:35 it? As compliance officers go, he was just a little
5  10:21:42 weak. I felt like he was impressionable by
6  10:21:49 Mr. Belesis.
7  10:21:52 Q. What do you mean by that?
8  10:21:52 A. That's what I mean.
9  10:21:55 Q. What do you mean by "impressionable"?
10 10:21:57 That was he was influenced by Mr. Belesis?
11 10:22:00 A. Yes.
12 10:22:00 Q. In what way?
13 10:22:12 A. I just think that when it came to
14 10:22:15 decisions, he did what Mr. Belesis asked him to do
15 10:22:20 no matter what.
16 10:22:22 Q. In other words, regardless of whether it
17 10:22:24 was compliant with securities laws and regulations?
18 10:22:27 A. Correct.
19 10:22:30 Q. Can you give us some examples of that when
20 10:22:31 that happened?
21 10:22:32 A. Sure.
22 10:22:33 Q. Go ahead.
23 10:22:33 A. I think there was a FINRA action about one
24 10:22:37 of these, actually, America West. So America West
25 10:22:44 stock had risen. It had been dormant for a long

Page 40

1  10:22:49 time. Retail clients of the firm wanted to sell
2  10:22:52 their stock. Mr. Belesis decided that it was more
3  10:22:59 important for him to sell his stock ahead of their
4  10:23:01 orders.
5  10:23:06 Joe wanted to do the right thing and
6  10:23:08 unwind that trade and credit those sales to the
7  10:23:13 clients instead, which would have been the right
8  10:23:14 thing to do. As a compliance officer, he should
9  10:23:18 have had unilateral authority to make that call.
10 10:23:21 Tommy said absolutely not.
11 10:23:23 Q. Okay. You were going to say something
12 10:23:26 else.
13 10:23:26 A. I mean, that's one example. I don't
14 10:23:30 really remember many other examples as I sit here
15 10:23:37 today, but that's a real good one.
16 10:23:39 Q. When did that occur in your time at John
17 10:23:42 Thomas Financial?
18 10:23:43 A. I don't remember what month, Jack.
19 10:23:44 Q. Was it before August of 2012?
20 10:23:48 A. I'd have to look at a chart, take a look
21 10:23:51 at when that stock spiked. I don't know.
22 10:23:55 Q. It was when the stock spiked?
23 10:23:58 A. Yes.
24 10:23:58 Q. And you mean America West?
25 10:23:59 A. Yes.

Page 41

1  10:24:00 Q. How did you come to learn that that had
2  10:24:05 happened, what you just described, with
3  10:24:07 Mr. Castellano and Mr. Belesis?
4  10:24:09 A. Because Mr. Castellano told me, as did
5  10:24:14 Robert Bursky.
6  10:24:16 Q. Do you know how Mr. Bursky came to learn
7  10:24:19 of that?
8  10:24:19 A. You'd have to ask him.
9  10:24:21 Q. And those conversations, were they prior
10 10:24:24 to August 2012?
11 10:24:26 A. Like I said, I need to take a look at a
12 10:24:28 chart and see when the stock spiked.
13 10:24:31 Q. But it would have been around that time?
14 10:24:33 MR. LEONE: Objection to form.
15 10:24:34 THE WITNESS: I again don't know. If you
16 10:24:36 show me the chart, I'll tell you exactly when.
17 10:24:38 BY MR. KAUFMAN:
18 10:24:40 Q. Any other examples that you can think of
19 10:24:41 now of Mr. Castellano exhibiting weakness with
20 10:24:44 respect to compliance?
21 10:24:52 A. At this moment, I don't recall.
22 10:24:57 Q. I mean, just to explore that a little
23 10:24:59 further, did you think Mr. Castellano exhibited
24 10:25:02 weakness with respect to his knowledge of compliance
25 10:25:06 matters?

Page 42

1  10:25:09 A. No.
2  10:25:11 Q. In other words, it was execution?
3  10:25:14 A. Correct.
4  10:25:16 Q. Were there any other instances that didn't
5  10:25:19 involve Mr. Belesis where you thought Mr. Castellano
6  10:25:23 exhibited weakness in compliance?
7  10:25:27 A. Not that I remember.
8  10:25:29 Q. Did you do anything to try to correct that
9  10:25:31 situation that you described?
10 10:25:33 A. Which situation?
11 10:25:35 Q. Mr. Castellano having difficulty with
12 10:25:36 Mr. Belesis and not following through on a
13 10:25:39 compliance matter.
14 10:25:41 A. I'm sorry. Just be a little more
15 10:25:43 specific.
16 10:25:44 Q. With respect to America West, did you do
17 10:25:46 anything to try to correct that situation?
18 10:25:47 A. We sure tried.
19 10:25:48 Q. I'm sorry?
20 10:25:49 A. We tried as much as we could.
21 10:25:51 Q. What did you do personally?
22 10:25:52 A. I spoke to Mr. Belesis about it.
23 10:25:55 Q. What did you say to him?
24 10:25:55 A. Told him it's suicide.
25 10:25:57 Q. Told him what was suicide?

Page 43

1  10:25:59 A. Not rebilling those trades to retail
2  10:26:02 customers.
3  10:26:02 Q. And did Mr. Belesis respond to that?
4  10:26:06 A. Yes.
5  10:26:06 Q. What did he say to you?
6  10:26:08 A. That he was very comfortable with his
7  10:26:09 decision.
8  10:26:12 Q. And did that concern you going forward at
9  10:26:14 JTF, that incident?
10 10:26:16 A. It did.
11 10:26:18 Q. How did it concern you?
12 10:26:21 A. I thought it was unethical and I stand by
13 10:26:27 that.
14 10:26:30 Q. I'm just curious. Unethical enough to
15 10:26:33 leave the company?
16 10:26:33 A. Yeah.
17 10:26:34 Q. So why did you stay at JTF?
18 10:26:37 A. I didn't.
19 10:26:37 Q. You're saying when you learned about
20 10:26:38 America West, you left right away?
21 10:26:41 A. Like I said, it wasn't that easy. You
22 10:26:43 couldn't just leave. He would attack you. So it's
23 10:26:46 not like you could just -- this isn't Goldman Sachs.
24 10:26:49 You don't just get up and leave and everything is
25 10:26:52 fine and you know that.

Page 44

1  10:26:53 He was a very vengeful, nasty individual
2  10:26:56 for people who left his firm. It was in newspapers.
3  10:27:00 He'd fight people for cause for no reason. There's
4  10:27:03 a lot of litigation about it. He's just nasty. You
5  10:27:07 just can't leave.
6  10:27:07 So, yeah, as soon as that took place and
7  10:27:12 just the general attitude of Mr. Belesis, we just
8  10:27:17 wanted to get out of there as soon as possible.
9  10:27:20 Q. How long after the America West incident
10 10:27:21 did you leave JTF?
11 10:27:23 A. Well, we left I think in '13, January, if
12 10:27:27 you don't mind me taking a look at that real quick.
13 10:27:30 Q. That's fine. You're looking at Exhibit 1.
14 10:27:33 A. Yes, February 7th. I could look at my
15 10:27:42 phone and see what date America West spiked and tell
16 10:27:45 you.
17 10:27:45 Q. Okay. So when --
18 10:27:46 A. I just don't know without data in front of
19 10:27:48 me.
20 10:27:48 Q. You keep mentioning when "America West
21 10:27:51 spiked." How long after that did you leave the
22 10:27:53 firm, is what I'm asking.
23 10:27:54 A. I don't know when America West spiked. I
24 10:27:56 know when I left the firm.
25 10:28:03 Q. So you're saying the atmosphere was such

Page 49

1  10:32:55 without Mr. Bursky's knowledge or approval. I think
2  10:32:58 he was involved in all major decisions.
3  10:33:02 Q. What gave you that impression?
4  10:33:04 A. I saw it firsthand.
5  10:33:07 Q. What did you see? Can you be more
6  10:33:09 specific?
7  10:33:12 A. Mr. Castellano saying that he can't make a
8  10:33:15 decision, that he wants to consult with counsel
9  10:33:17 first.
10 10:33:19 Q. Did that happen every time Mr. Castellano
11 10:33:21 needed to make a decision about something?
12 10:33:23 A. No.
13 10:33:27 Q. Was that -- was that common or was it more
14 10:33:30 of an exception?
15 10:33:31 A. It was common.
16 10:33:33 Q. What about Richard Nummi; are you familiar
17 10:33:37 with him?
18 10:33:38 A. Yes.
19 10:33:40 Q. What was his -- did he have a role at JTF?
20 10:33:43 A. Yes.
21 10:33:43 Q. What was his role?
22 10:33:46 A. He was on retainer as an attorney. He was
23 10:33:51 given the title of chief risk officer. He was
24 10:34:01 physically in the investment banking department, and
25 10:34:05 his principal role at the firm was compliance for

Page 50

1  10:34:09 the banking department.
2  10:34:13 Q. Was he ever an employee of JTF?
3  10:34:16 A. As I sit here, I don't know if he was
4  10:34:19 technically an employee or not.
5  10:34:22 Q. Was he a consultant?
6  10:34:25 A. He was definitely a consultant at one
7  10:34:27 point or another.
8  10:34:27 Q. When did he first start officially working
9  10:34:31 for JTF?
10 10:34:33 MR. LEONE: Object to foundation.
11 10:34:35 THE WITNESS: I couldn't come -- I don't
12 10:34:36 know what date.
13 10:34:37 BY MR. KAUFMAN:
14 10:34:38 Q. When Mr. Nummi began working for JTF, do
15 10:34:44 you know how often he was actually physically in the
16 10:34:47 office, JTF's offices?
17 10:34:49 A. Every day.
18 10:35:02 Q. Did you ever discuss any compliance issues
19 10:35:03 with Mr. Nummi?
20 10:35:05 A. Yes.
21 10:35:06 Q. Can you give us examples?
22 10:35:22 MR. LEONE: You're just talking generally
23 10:35:23 at this point?
24 10:35:24 THE WITNESS: Yes, do you have a specific
25 10:35:25 question?

Page 51

1  10:35:25 BY MR. KAUFMAN:
2  10:35:26 Q. Did you ever discuss any concerns you had
3  10:35:28 about JTF compliance with Mr. Nummi?
4  10:35:32 A. Yes.
5  10:35:33 Q. What did you discuss with him?
6  10:35:37 A. That Mr. Castellano was under Tommy's
7  10:35:40 control.
8  10:35:41 Q. When did that discussion take place?
9  10:35:43 A. I have no idea.
10 10:35:47 Q. There came a time where you actually were
11 10:35:49 a roommate of Mr. Nummi's; is that right?
12 10:35:52 A. Yes.
13 10:35:52 Q. When was that?
14 10:35:54 A. During the period where he worked for John
15 10:35:59 Thomas.
16 10:35:59 Q. The entire period?
17 10:36:01 A. Yeah, mostly.
18 10:36:03 Q. Starting when?
19 10:36:04 A. I'd have to look at notes. I don't know
20 10:36:07 exact dates.
21 10:36:08 Q. You don't remember when -- withdrawn.
22 10:36:11 Did Mr. Nummi move in with you in your
23 10:36:15 apartment? Is that what happened?
24 10:36:22 A. I think we moved in around the same time.
25 10:36:24 Q. You two got an apartment together; is that

Page 52

1  10:36:27 what you're saying? I just want to understand --
2  10:36:30 A. No, no, it's fine. I'm trying to
3  10:36:31 remember. I think we both moved in around the same
4  10:36:37 time.
5  10:36:37 Q. So just to be clear, you looked for an
6  10:36:39 apartment together?
7  10:36:40 A. No, it was at Tommy's old apartment.
8  10:36:43 Q. Okay.
9  10:36:45 A. He had vacated it and leased it to the
10 10:36:49 investment banking department. The department
11 10:36:52 actually paid the lease on that apartment.
12 10:36:54 Q. And you don't remember when that was that
13 10:36:56 you both moved in together to that apartment?
14 10:36:59 A. I can find out if I had to time to look at
15 10:37:03 records and notes. As I sit here today, I don't
16 10:37:07 remember exactly.
17 10:37:08 Q. Can you tell us -- do you know what the
18 10:37:09 circumstances were of Mr. Nummi's coming to work at
19 10:37:13 JTF?
20 10:37:13 A. I recruited him.
21 10:37:14 Q. Why was that?
22 10:37:15 A. I wanted additional compliance layers on
23 10:37:20 the banking team.
24 10:37:23 Q. Why was that? Why did you want additional
25 10:37:26 compliance layers?

Page 69

1  11:11:01 BY MR. KAUFMAN:
2  11:11:02 Q. Do you have a specific recollection of
3  11:11:04 doing that?
4  11:11:08 A. It all blends. It was seven years ago.
5  11:11:12 Q. Is the answer that you do not have a
6  11:11:14 specific recollection?
7  11:11:16 A. Yes.
8  11:11:16 Q. Did you ever tell anyone in JTF's
9  11:11:24 compliance department or any JTF attorney that
10 11:11:26 Mr. Genovese was encouraging JTF's brokers to
11 11:11:30 recommend Liberty Silver stock to their customers?
12 11:11:33 A. I wouldn't need to. Compliance and legal
13 11:11:36 sat in on those meetings.
14 11:11:38 Q. That wasn't my question.
15 11:11:39 My question was whether you ever notified
16 11:11:42 anyone from compliance or legal about that.
17 11:11:46 A. I think every single presentation, by
18 11:11:49 definition, that takes place in front of the retail
19 11:11:52 force is for that purpose.
20 11:11:54 Q. For what purpose?
21 11:11:55 A. To introduce a company, to provide
22 11:12:00 information to the brokers for them to decide as to
23 11:12:04 whether they want to buy or sell stock in the
24 11:12:07 company.
25 11:12:07 Q. For their customers?

Page 70

1  11:12:08 A. Correct.
2  11:12:16 Q. When you say that legal -- I think you
3  11:12:18 said legal and compliance were at the presentations.
4  11:12:22 Is that what you said?
5  11:12:23 A. I did.
6  11:12:24 Q. Can you tell us who in particular?
7  11:12:26 A. It varied. Joe Castellano would sit on
8  11:12:29 some. His son would sit on others.
9  11:12:37 (Reporter seeks clarification.)
10 11:12:37 A. There were always representatives of
11 11:12:39 compliance at every meeting.
12 11:12:41 Q. Do you have a specific recollection of who
13 11:12:43 either from compliance or JTF legal -- a JTF
14 11:12:47 attorney, sat in on the -- on Mr. Genovese's
15 11:12:51 presentations regarding Liberty Silver?
16 11:12:52 A. It would be Joe Castellano, Robert Bursky
17 11:12:55 at a minimum.
18 11:12:56 Q. Do you have a specific recollection of
19 11:12:58 Mr. Bursky being there?
20 11:13:00 A. I saw Robert at hundreds of meetings. I
21 11:13:04 don't remember specific meetings seven years ago.
22 11:13:08 Q. So you don't have a specific recollection
23 11:13:10 of Mr. Bursky being at any of the Genovese Liberty
24 11:13:12 Silver presentations?
25 11:13:14 A. Just like I don't have a specific

Page 71

1  11:13:16 recollection of any company coming in and --
2  11:13:18 Q. This would go more quickly -- it was a
3  11:13:20 yes-or-no question -- if you would answer the
4  11:13:22 question.
5  11:13:23 A. I just want to be sure I'm being accurate
6  11:13:25 for you, that's all. So I apologize. That's not
7  11:13:26 the intent.
8  11:13:28 I have no specific recollection of Robert
9  11:13:30 Bursky or Joe Castellano in any of those meetings.
10 11:13:33 (Discussion off the record.)
11 11:14:01 Q. Just to be clear, to your knowledge, was
12 11:14:03 it Mr. Bursky's practice to sit in on company
13 11:14:06 presentations on the trading floor of JTF's brokers?
14 11:14:11 A. It wasn't uncommon.
15 11:14:13 Q. My question was, was that his general
16 11:14:15 practice?
17 11:14:16 MR. LEONE: Object to the form of the
18 11:14:17 question.
19 11:14:17 BY MR. KAUFMAN:
20 11:14:20 Q. Do you know the answer?
21 11:14:21 A. Ask the question again, please.
22 11:14:22 Q. Was it -- to your knowledge, was it
23 11:14:24 Mr. Bursky's practice to do that, to sit in on
24 11:14:27 company presentations to JTF's brokers on the
25 11:14:30 trading floor?

Page 72

1  11:14:31 A. Yes.
2  11:14:42 MR. LEONE: Just get my objection in
3  11:14:44 belatedly. I object to the form of the question
4  11:14:47 still, to the use of the word "practice."
5  11:15:15 (Discussion off the record.)
6  11:15:15 BY MR. KAUFMAN:
7  11:15:23 Q. You mentioned that there were sign-in
8  11:15:25 sheets for the presentations; is that correct?
9  11:15:27 A. Yes.
10 11:15:28 Q. And I take it that if Mr. Bursky was
11 11:15:33 present, he would have signed the sign-in sheet?
12 11:15:35 A. No.
13 11:15:35 MR. LEONE: Objection.
14 11:15:35 BY MR. KAUFMAN:
15 11:15:36 Q. Why not?
16 11:15:36 A. He's not a registered representative.
17 11:15:39 Q. They were only for the registered reps?
18 11:15:41 A. Yes.
19 11:15:41 Q. Not for everyone who was in the room?
20 11:15:44 A. Correct.
21 11:15:50 Q. Just switching topics for a second --
22 11:15:53 moving on, I should say.
23 11:15:56 Do you recall there came a time when an
24 11:15:59 entity called BG Capital that had an account at JTF
25 11:16:04 sold 6.6 million Liberty Silver shares through its

Page 73

```
1  11:16:08  account at JTF?
2  11:16:09  Do you recall that?
3  11:16:10  A. Yes.
4  11:16:10  Q. You were the JTF registered rep on that
5  11:16:13  sale?
6  11:16:13  A. Yes.
7  11:16:14  Q. Mr. Genovese was your contact for that
8  11:16:18  account; is that right?
9  11:16:20  A. Yes.
10 11:16:21  Q. And you received the -- you received a
11 11:16:24  commission on that sale as a registered rep;
12 11:16:27  correct?
13 11:16:27  A. Yes.
14 11:16:30  Q. Prior to the execution of that
15 11:16:31  6.6 million-share trade of Liberty Silver, did you
16 11:16:37  discuss that potential trade with anyone in JTF's
17 11:16:40  compliance department or with any JTF attorney?
18 11:16:42  A. Yes.
19 11:16:43  Q. With whom?
20 11:16:45  A. Robert Bursky. Joe Castellano.
21 11:16:53  Q. Let me just unpack that.
22 11:16:54  Did you discuss it with Mr. Bursky and
23 11:16:55  Mr. Castellano together, at the same time, or
24 11:16:58  separately?
25 11:16:59  A. Both.
```

Page 74

```
1  11:17:00  Q. Let's start with Mr. Bursky.
2  11:17:03  First of all, how long before that
3  11:17:05  transaction did you discuss it with Mr. Bursky --
4  11:17:07  before it was executed did you discuss that
5  11:17:10  transaction with Mr. Bursky?
6  11:17:11  A. I don't remember.
7  11:17:12  Q. Can you give us a general time frame?
8  11:17:16  A. It would have to be within the week prior
9  11:17:19  to that.
10 11:17:20  Q. What did you do -- did you bring the topic
11 11:17:23  up with Mr. Bursky or did he bring it up with you?
12 11:17:26  A. I brought it up.
13 11:17:26  Q. What did you say to Mr. Bursky?
14 11:17:28  A. It was about whether Bobby was an
15 11:17:32  affiliate or not.
16 11:17:33  Q. In what context were you asking that of
17 11:17:36  Mr. Bursky?
18 11:17:37  A. I'm sorry. Rephrase the question.
19 11:17:38  Q. Why were you asking Mr. Bursky -- or why
20 11:17:40  were you discussing with Mr. Bursky about if
21 11:17:41  Mr. Genovese was an affiliate?
22 11:17:45  A. I think that was -- I think the answer to
23 11:17:49  that was required in terms of whether that stock
24 11:17:54  could be sold under the exemption or not.
25 11:17:58  Q. Under what exemption?
```

Page 75

```
1  11:18:02  A. The securities exemption. I don't recall
2  11:18:05  what it was.
3  11:18:06  Q. Rule 144? Is that what you're talking
4  11:18:08  about or something else?
5  11:18:09  A. I guess 144, yeah.
6  11:18:10  MR. LEONE: Don't guess.
7  11:18:11  THE WITNESS: Okay. I take it back.
8  11:18:12  BY MR. KAUFMAN:
9  11:18:13  Q. You don't recall.
10 11:18:14  A. Right.
11 11:18:14  Q. So you had a discussion, you're saying,
12 11:18:15  with Mr. Bursky -- this is the 6.6 million-share
13 11:18:19  trade that actually was consummated, that was
14 11:18:21  executed and went through.
15 11:18:23  Do you understand that?
16 11:18:24  A. I do.
17 11:18:24  Q. You're saying you had a discussion with
18 11:18:25  Mr. Bursky before that trade was executed about
19 11:18:27  whether the trade could be -- could be completed?
20 11:18:31  A. Yes.
21 11:18:32  Q. And how did you come to decide to have
22 11:18:36  that conversation with Mr. Bursky?
23 11:18:38  A. Because 6.6 million shares was over
24 11:18:41  5 percent, and I wanted to make sure Ts are crossed
25 11:18:47  and Is are dotted before that trade took place.
```

Page 76

```
1  11:18:50  Q. Okay. And what did you tell Mr. Bursky in
2  11:18:52  that -- how many conversations did you have with
3  11:18:54  Mr. Bursky, first of all, about that subject?
4  11:18:56  A. Two or three.
5  11:18:57  Q. What did you tell Mr. Bursky? I'm not
6  11:18:59  going to ask you each individual one, but what did
7  11:19:02  you tell him in those conversations?
8  11:19:03  A. I didn't tell him anything. I asked him
9  11:19:06  questions.
10 11:19:06  Q. What did you ask him?
11 11:19:07  A. Whether that stock could be sold or not.
12 11:19:10  Q. Okay. Did you raise this issue of the
13 11:19:13  percentage of Mr. Genovese's ownership?
14 11:19:15  A. Yes.
15 11:19:16  Q. What did you say about that?
16 11:19:19  A. I said, he owns 6.6 million shares. It
17 11:19:21  was over 5 percent. Can this be sold?
18 11:19:25  Q. And was that -- was that a
19 11:19:28  Section 13(d) -- I'm sorry -- Section 13(d) issue
20 11:19:31  you were discussing with Mr. Bursky?
21 11:19:32  A. Yes.
22 11:19:32  Q. So, in other words, you were discussing,
23 11:19:34  just to be clear, with Mr. Bursky whether
24 11:19:37  Mr. Genovese needed to disclose his ownership in --
25 11:19:42  the percentage of his ownership in the company, in
```

Page 81

1  11:23:54 did.
2  11:23:56 Q. But what I'm asking you is, did you
3  11:23:58 discuss that with Mr. Bursky in the context of these
4  11:24:01 discussions about the 6.6 million-share trade?
5  11:24:04 A. No. There's no connection.
6  11:24:07 Q. You mentioned Mr. Castellano.
7  11:24:10 You also had similar -- or tell me, what
8  11:24:14 conversations did you have with Mr. Castellano about
9  11:24:16 the 6.6 million-share trade?
10 11:24:19 A. Along the same lines as those with
11 11:24:21 Mr. Bursky.
12 11:24:22 Q. So your testimony is the same with respect
13 11:24:23 to your conversations with Mr. Castellano and
14 11:24:26 Mr. Bursky --
15 11:24:28 A. Correct.
16 11:24:27 Q. -- with respect to that topic?
17 11:24:29 A. Correct.
18 11:24:30 MR. LEONE: Object to form.
19 11:24:31 MR. KAUFMAN: I can go through it.
20 11:24:35 MR. LEONE: If you modify the question
21 11:24:35 "generally the same," then you probably don't need
22 11:24:39 to go through it.
23 11:24:41 (Discussion off the record.)
24 11:24:41 BY MR. KAUFMAN:
25 11:24:45 Q. Did you tell either Mr. Bursky or

Page 82

1  11:24:46 Mr. Castellano, during any of those discussions
2  11:24:49 about the 6.6 million-share trade, that in addition
3  11:24:52 to those shares, Mr. Genovese owned or controlled an
4  11:24:57 additional 6.5 million Liberty Silver shares?
5  11:25:02 A. I don't remember.
6  11:25:18 Q. Other than what you've testified to so far
7  11:25:20 today, did you seek any other compliance or legal
8  11:25:23 advice on any topic related to the 6.6 million-share
9  11:25:26 trade, the one that was executed?
10 11:25:35 MR. LEONE: Object to the form of the
11 11:25:36 question.
12 11:25:53 THE WITNESS: Not specifically.
13 11:26:29 (Discussion off the record.)
14 11:26:31 BY MR. KAUFMAN:
15 11:26:32 Q. Do you recall another entity that
16 11:26:37 Mr. Genovese owned or controlled called Look Back
17 11:26:39 Investments?
18 11:26:40 A. Yes.
19 11:26:41 Q. And did there come a time when
20 11:26:44 Mr. Genovese wanted to sell another 6.5 million
21 11:26:50 Liberty Silver shares through his Look Back account
22 11:26:52 at JTF?
23 11:26:54 MR. LEONE: Object to the foundation of
24 11:26:56 the question.
25

Page 83

1  11:26:57 BY MR. KAUFMAN:
2  11:26:57 Q. Do you recall that?
3  11:26:57 A. Yes.
4  11:26:58 Q. You were the registered representative on
5  11:27:00 the Look Back account as well; correct?
6  11:27:02 A. Yes.
7  11:27:02 Q. And for that transaction, you provided a
8  11:27:15 broker representative letter for the Look Back --
9  11:27:17 for that transaction -- the 6.5 million-share
10 11:27:21 transaction that was -- that Mr. Genovese wanted to
11 11:27:24 do; is that right?
12 11:27:31 A. As I sit here today, I don't know if that
13 11:27:33 broker's letter, which was blank at the time that I
14 11:27:36 signed it, was for the first or the second trade.
15 11:27:39 Q. Let's see if we can refresh your
16 11:27:46 recollection.
17 11:27:47 A. Right.
18 11:27:47 (Mirman Exhibit 4, Bates Nos. AM001347
19 11:27:47 through AM001353, E-mail Chain with
20 11:27:47 attachments, marked for identification.)
21 11:28:46 BY MR. KAUFMAN:
22 11:28:53 Q. Mr. Bursky [sic], the court reporter --
23 11:28:57 A. Whoa, whoa. I'm not that person.
24 11:28:57 Q. Sorry. Mr. Mirman. It's been a long
25 11:29:00 week.

Page 84

1  11:29:03 The court reporter has handed you what's
2  11:29:04 been marked as Mirman Exhibit 4. This is an e-mail
3  11:29:09 chain. At the top, you'll see -- or appears to be
4  11:29:14 an e-mail chain -- there's an e-mail from Bari
5  11:29:16 Latterman to Maria Cummings, and it's copied to Avi
6  11:29:21 Mirman.
7  11:29:21 Do you see that?
8  11:29:22 A. I do.
9  11:29:22 Q. The date is September 19, 2012.
10 11:29:24 Do you see that?
11 11:29:25 A. Yes.
12 11:29:26 Q. Who was Bari Latterman?
13 11:29:29 A. She was my sales assistant.
14 11:29:30 Q. Who was Maria Cummings?
15 11:29:33 A. She was Tommy's sales assistant.
16 11:29:36 Q. Tommy Belesis'?
17 11:29:38 A. Correct.
18 11:29:37 Q. If you look down earlier in the chain, it
19 11:29:40 looks like this was forwarded -- sorry -- to you.
20 11:29:49 There's an e-mail in the lower part of the page from
21 11:29:51 Stacey Vogel to Bari Latterman.
22 11:29:55 Do you see that?
23 11:29:56 A. Yes.
24 11:29:56 Q. Do you know who Stacey Vogel was?
25 11:30:01 A. Mr. Genovese's assistant.

Page 85

```
 1  11:30:02  Q. If you look at the body of that e-mail, it
 2  11:30:04  says, "Hi, Bari. Look Back investments would like
 3  11:30:08  to sell 6,500,000 shares of Liberty Silver under the
 4  11:30:12  144 exemption."
 5  11:30:14  Do you see that?
 6  11:30:14  A. Yes.
 7  11:30:15  Q. Then the next sentence says, "I have
 8  11:30:17  attached the broker's representation letter to be
 9  11:30:21  executed."
10  11:30:21  Do you see that?
11  11:30:22  A. I do.
12  11:30:22  Q. Then if you turn to the last page of this
13  11:30:25  exhibit, it's Bates 1353, do you see there's a
14  11:30:33  sample document that's titled, "Sample Broker
15  11:30:36  Representation Letter for Salesmen and Affiliates"?
16  11:30:40  Do you see that?
17  11:30:42  A. I do.
18  11:30:42  Q. Does this refresh your recollection that
19  11:30:43  the broker's rep letter that you signed was for this
20  11:30:46  Look Back 6,500,000-share transaction?
21  11:30:55  A. No.
22  11:30:57  Q. All right.
23  11:31:20  A. You don't need this anymore?
24  11:31:23  Q. You can put it aside for now. Let's talk
25  11:31:30  at a break.
```

Page 86

```
 1  11:31:36  This was previously marked as Egan
 2  11:31:40  Exhibit 9.
 3  11:31:41  (Egan Exhibit 9, Previously marked.)
 4  11:31:42  THE WITNESS: Okay.
 5  11:31:42  BY MR. KAUFMAN:
 6  11:31:50  Q. This appears to be a letter dated
 7  11:31:52  September 21st, 2012, from the law firm Frascona
 8  11:31:57  Joiner Goodman & Greenstein.
 9  11:32:00  Do you see that?
10  11:32:01  A. I do.
11  11:32:02  Q. Do you recognize this letter?
12  11:32:03  A. It's a 144 opinion.
13  11:32:05  Q. And in the body of the letter, it says,
14  11:32:07  "We represent Liberty Silver Corp. (the 'Company')
15  11:32:11  and have been asked to provide you with our legal
16  11:32:15  opinion regarding a proposed sale by Look Back
17  11:32:17  Investments of up to 6,500,000 shares of common
18  11:32:19  stock of the Company."
19  11:32:20  Do you see that?
20  11:32:21  A. Yes.
21  11:32:21  Q. And then a little further down on the
22  11:32:23  page, the paragraph that starts, "We issue," do you
23  11:32:27  see that?
24  11:32:28  A. I do.
25  11:32:28  Q. It says, "We issue this opinion in
```

Page 87

```
 1  11:32:30  reliance upon the accuracy of the representation
 2  11:32:33  contained in the Rule 144 representation letter
 3  11:32:35  executed by the seller, in the broker's
 4  11:32:38  representative letter of John Thomas Financial, and
 5  11:32:41  some other information."
 6  11:32:41  Do you see that?
 7  11:32:42  A. I do.
 8  11:32:43  Q. If you look at the second-to-last page of
 9  11:32:46  this exhibit, you see there's a document called,
10  11:32:51  "Sample Broker's Representation Letter." This one
11  11:32:54  is on John Thomas Financial letterhead.
12  11:32:58  And you see it's signed?
13  11:33:00  A. I do.
14  11:33:00  Q. Is that your signature?
15  11:33:01  A. It is.
16  11:33:02  Q. Does this refresh your recollection that
17  11:33:03  this is the broker rep letter that you signed for
18  11:33:06  this transaction, the $6,500,000 [sic] share trade
19  11:33:10  by Look Back?
20  11:33:11  A. I did not sign this as presented. I
21  11:33:16  signed a document that was blank.
22  11:33:19  Q. But the one that you signed that was
23  11:33:21  blank, which I'm happy to show you, was it for this
24  11:33:24  transaction?
25  11:33:24  A. I don't know.
```

Page 88

```
 1  11:33:25  Q. You didn't know that at the time?
 2  11:33:27  A. I don't know what they used a template
 3  11:33:30  that was blank, that I signed, for as I sit here
 4  11:33:34  today. It was signed before the first block of
 5  11:33:39  6.6 million shares was sold.
 6  11:33:42  Q. Okay.
 7  11:34:02  A. Just a heads-up. I'm diabetic, so I'd
 8  11:34:13  like to take regular breaks, please.
 9  11:34:16  Q. Could you give us a --
10  11:34:17  A. I'm not saying this second.
11  11:34:19  Q. That's fine.
12  11:34:19  A. Just a heads-up, that's all.
13  11:34:21  (Mirman Exhibit 5, Bates Nos. AM001371
14  11:34:21  through AM001373, E-mail Chain, marked for
15  11:34:21  identification.)
16  11:34:21  BY MR. KAUFMAN:
17  11:34:22  Q. I've just given you what's been marked as
18  11:34:24  Mirman Exhibit 5. This is another e-mail string --
19  11:34:33  MR. LEONE: Do we have copies?
20  11:34:34  MR. KAUFMAN: I'm sorry (handing.)
21  11:34:36  BY MR. KAUFMAN:
22  11:34:36  Q. This one is dated at the top September 20,
23  11:34:46  from Bari Latterman.
24  11:34:47  And you see there's a copy to you,
25  11:34:49  Mr. Mirman?
```

| | Page 117 |
|---|---|
| 1 | 12:27:00 Q. What about Mr. Nummi? |
| 2 | 12:27:05 A. He was also present when I asked |
| 3 | 12:27:08 Mr. Bursky these questions. And Mr. Castellano, I |
| 4 | 12:27:13 think. Other than that, as I sit here today, I |
| 5 | 12:27:21 don't have any specific recollection of anything |
| 6 | 12:27:24 other than what I've told you. |
| 7 | 12:27:25 Q. So let's just try to be clear. |
| 8 | 12:27:27 You say Mr. Nummi was present in certain |
| 9 | 12:27:30 conversations you had with Mr. Bursky and |
| 10 | 12:27:31 Mr. Castellano? |
| 11 | 12:27:32 A. Yes. |
| 12 | 12:27:34 Q. Which conversations, just to be clear? |
| 13 | 12:27:36 A. I don't know exactly. He was involved in |
| 14 | 12:27:38 lots of conversations, you know, dozens of them all |
| 15 | 12:27:42 day long every single day. So seven years ago to |
| 16 | 12:27:49 remember exactly what he was involved with is really |
| 17 | 12:27:51 tough. |
| 18 | 12:27:52 Q. Do you have a specific recollection of |
| 19 | 12:27:54 Mr. Nummi being present at a conversation you had |
| 20 | 12:27:57 with Mr. Bursky or Mr. Castellano regarding Liberty |
| 21 | 12:28:01 Silver? |
| 22 | 12:28:03 A. I have visions, these visual memories of |
| 23 | 12:28:07 being in Joe's office with Rick and with Rob. I |
| 24 | 12:28:12 have memories of being in Rob's office with Rick. |
| 25 | 12:28:15 Do I know specifically what was discussed on what |

| | Page 118 |
|---|---|
| 1 | 12:28:22 dates? No. Do I know Liberty Silver was discussed |
| 2 | 12:28:25 ad nauseam? Yes. |
| 3 | 12:28:29 Q. Is there anything in particular that you |
| 4 | 12:28:30 remember being discussed about Liberty Silver while |
| 5 | 12:28:32 Mr. Nummi was present? |
| 6 | 12:28:36 A. After the trading halt, he was heavily |
| 7 | 12:28:38 involved. |
| 8 | 12:28:40 Q. Let's say before the trading halt. |
| 9 | 12:28:43 A. He was heavily involved before the trading |
| 10 | 12:28:45 halt, too. We lived together. Everything that I |
| 11 | 12:28:50 discussed with Robert Bursky and Joe, Rick was aware |
| 12 | 12:28:53 of. |
| 13 | 12:28:55 Q. But just to be clear, I was asking you |
| 14 | 12:28:56 whether -- at any meeting where either |
| 15 | 12:28:59 Mr. Castellano or Mr. Bursky was there discussing |
| 16 | 12:29:02 Liberty Silver or where you say Mr. Nummi was there, |
| 17 | 12:29:05 do you recall anything specific about those |
| 18 | 12:29:08 meetings, the subject matter or what was discussed? |
| 19 | 12:29:12 A. I don't remember as we're sitting here |
| 20 | 12:29:13 today. |
| 21 | 12:29:14 Q. You also said that you were living with |
| 22 | 12:29:16 Mr. Nummi. |
| 23 | 12:29:18 Do you remember any discussions outside of |
| 24 | 12:29:19 the office with Mr. Nummi about Liberty Silver prior |
| 25 | 12:29:23 to the trading halt? |

| | Page 119 |
|---|---|
| 1 | 12:29:27 A. Yeah. |
| 2 | 12:29:28 Q. Tell us about those. |
| 3 | 12:29:32 A. It was relating to the second block |
| 4 | 12:29:34 specifically, now that I remember. We were sitting |
| 5 | 12:29:36 in the apartment. |
| 6 | 12:29:38 Q. So you were in the apartment that you |
| 7 | 12:29:39 shared with Mr. Nummi, and you were discussing with |
| 8 | 12:29:42 him -- are you saying the proposed 6.5 million-share |
| 9 | 12:29:46 Look Back trade? |
| 10 | 12:29:47 A. I was discussing with him the manner in |
| 11 | 12:29:48 which John Thomas behaved with Sterne Agee. |
| 12 | 12:29:54 Q. I see. |
| 13 | 12:29:55 A. That was big topic of conversation. |
| 14 | 12:29:58 Q. I see. |
| 15 | 12:29:58 So that was after -- you're talking |
| 16 | 12:30:00 about -- why don't you explain to us -- |
| 17 | 12:30:03 A. I'm trying to actually remember. This was |
| 18 | 12:30:05 seven years ago, so to remember every single |
| 19 | 12:30:08 conversation is probably technically impossible. |
| 20 | 12:30:10 I'm trying to just go backwards. |
| 21 | 12:30:13 Q. What happened to Sterne Agee? What are |
| 22 | 12:30:15 you referring to? |
| 23 | 12:30:21 A. I recall lots of things. You know, Tommy |
| 24 | 12:30:25 Belesis screaming at the top of his lungs trying to |
| 25 | 12:30:28 get a trade through. I recall Bari Latterman -- |

| | Page 120 |
|---|---|
| 1 | 12:30:32 being told that Bari Latterman and Maria Cummings |
| 2 | 12:30:38 had called DTC acting as Sterne Agee or the reverse, |
| 3 | 12:30:44 Sterne Agee acting as DTC, to say the stock's been |
| 4 | 12:30:50 cleared, which blew me away. |
| 5 | 12:30:53 I remember complaining about that entire |
| 6 | 12:30:58 time, just horrible, with Rick. And I gave him |
| 7 | 12:31:11 updates every day, every single day while he was |
| 8 | 12:31:14 working in the investment banking department of John |
| 9 | 12:31:18 Thomas and while we lived together. He knew my life |
| 10 | 12:31:21 to the tee, every step of the way. |
| 11 | 12:31:23 Q. Did there come a time when Sterne Agee -- |
| 12 | 12:31:25 when you learned that Sterne Agee decided not to |
| 13 | 12:31:29 clear the Look Back trade? |
| 14 | 12:31:30 A. Yes. |
| 15 | 12:31:30 Q. The conversations you had -- and you're |
| 16 | 12:31:35 saying you think you had conversations with |
| 17 | 12:31:36 Mr. Nummi about Look Back, about that proposed |
| 18 | 12:31:41 trade? |
| 19 | 12:31:41 A. Yes. |
| 20 | 12:31:42 Q. Did those occur after you learned that |
| 21 | 12:31:46 Sterne Agee had decided not to clear the trade? |
| 22 | 12:31:49 A. It's all there. |
| 23 | 12:31:51 Q. What did you talk to Mr. Nummi about |
| 24 | 12:31:54 before that decision was made and what did you talk |
| 25 | 12:31:57 to him about after? |