# EXHIBIT 6

Page 3536

Mirman - Direct

```
 2    THE HEARING OFFICER:  Time period.
 3    MR. PARISER:  Well, he was at John
 4  Thomas between January 18th, 2012 and
 5  February 7th, 2012.  I'm asking for any
 6  time when he was there --
 7    MR. SORKIN:  That's fair.
 8    MR. PARISER:  -- what's the
 9  largest number of people who reported to
10  you.
11  A    The largest number of people were
12  about 20.
13  Q    And how did you end up working at
14  John Thomas Financial?
15  A    Late 2011, one of our clients at
16  another firm, BMA Securities, was tasked with
17  taking an issuer on a non-deal road show.  That
18  issuer was named Citrix Holdings, a NASDAQ
19  company.
20        My assistant actually cold called
21  the head of capital markets at the time, a guy
22  named Jason Goldstein --
23  Q    When you say "head of capital
24  markets," was that at John Thomas Financial?
25  A    At John Thomas Financial.
```

Page 3537

Mirman - Direct

```
 2  -- and he arranged for the
 3  meeting.
 4        We took the company there, and I
 5  couldn't believe my eyes, the place was just on
 6  fire, energetic, filled with about 200 people,
 7  and a few people that I had known from past
 8  employment, and so I got to meet Tommy Belesis,
 9  I met some others, and over the course of the
10  next month or two talked about a potential
11  employment for me there.
12  Q    And what did you find -- did you
13  learn more about the firm in connection with
14  your beginning to take employment there?
15  A    Yes.
16  Q    What did you learn?  In connection
17  with investment banking.
18  A    The company had conducted a few
19  offerings, mostly Reg D offerings, and had a
20  Facebook fund called the Gault something -- the
21  Gault Financial Fund or something like that.
22  They had done a few transactions, Amber Alert
23  was one of them, America West was another,
24  Sahara Media Holdings was another, I think there
25  was a successor company to Sahara Media, and I
```

Page 3546

Mirman - Direct

know, it's south of this. It's not on here. It's not part of this, it's separate.

Q And how did you -- was there a hallway you needed to get through from where your office was to the boardroom?

A Yes.

In this picture -- I think there were one, two -- there were three hallways on the south part of the border here. One hallway would go directly into an area that then connected -- like a hallway that would then connect to the area I just described. There was another hallway in the middle that would go towards, like, the bathrooms, and then there was another one that would go towards the reception area on the right.

Q I think -- I wanted to establish, you're not in this room that's on the screen, and you're somewhere off to the south?

A Right.

Q Do you recall -- while we're talking about AWSR -- the events of February 23rd, 2013? That's the day on which the stock price spiked in AWSR.

Page 3547

Mirman - Direct

Do you recall those events -- that day?

A Well, there are a lot of events that took place on February 23rd.

Q First, were you in the office that day?

A I was.

Q First, were you aware of anything happening relating to AWSR that day?

A I was.

Q What did you learn about?

A I learned that --

MR. SORKIN: Objection.

Very broad.

THE HEARING OFFICER: It is, but this is the beginning of the focus, so overruled.

MR. SORKIN: Okay.

A I learned that AWSR had spiked on substantial volume. That's what I learned.

Q And how did you learn that?

A I had a few brokers call us up and say, "Hey, can you explain why the stock is going up, this is fantastic, it's terrific." I

Page 3548

Mirman - Direct

said, "Yeah, it's terrific, I hope you can monetize it, I think it's excellent."

I think for the few months' lead-up to that, America West had basically been a non --

MR. SORKIN: Objection. He was asked what happened on this day, he wasn't asked what happened several months before. It's a narrative.

THE HEARING OFFICER: Sustained. You've answered the question how you learned about it. Some brokers called you?

THE WITNESS: Yes. Sorry.

THE HEARING OFFICER: Go ahead.

Q  What were you doing on the 23rd?
A  I was in the investment banking department.
Q  Were you involved in any particular transaction?
A  Yes.
Q  What transaction?
A  Grandparents.com.
Q  Can you describe what was

Page 3644

Mirman - Cross

Q  And what time did this virtual closing of grandparents.com take place? When did it take place?

MR. PARISER: Asked and answered.

THE HEARING OFFICER: On direct.

MR. PARISER: Yes.

THE HEARING OFFICER: But this is cross.

A  I'm sorry, ask your question again.

Q  When did the virtual closing, as you call it, of grandparents.com begin on February 23rd, 2012?

A  I think it's, you know, almost a day-long process, so -- I'm guessing --

Q  No, I don't want you to guess, I want your best recollection.

A  I think there was e-mail traffic starting at ten, eleven, twelve that day in terms of getting subscription agreements lined up, speaking to attorneys, and lasted five hours, six hours maybe.

Q  Does that help you now tell us when it began?

```
                                            Page 3650
 1                  Mirman - Cross
 2       A    Yes.
 3       Q    And this is dated February 23rd,
 4  2012, 3:58 p.m., sent by you.
 5            Who is Mr. Joseph Bernstein?
 6       A    He was a co-CEO of
 7  grandparents.com.
 8       Q    And Tim Woodland?
 9       A    He was the attorney for the public
10  vehicle, NorWesTech.
11       Q    This is RX 139.
12            Now, the first e-mail from Joseph
13  Bernstein to Mr. Woodland is at 3:30 p.m.
14            Do you see that?
15       A    Yes.
16            It's actually not the first
17  e-mail, it's the second e-mail.
18       Q    Is there a page 2?
19       A    I'm sorry, say that again?
20       Q    Is there a page 2?
21       A    Well, below that there's another
22  e-mail.
23       Q    Let's go to page 2.  That's the
24  e-mail chain.
25       A    There you go.
```

```
                                            Page 3651
 1                  Mirman - Cross
 2       Q    And at 12:20 there's an e-mail
 3  from Mr. Wasserman to you --
 4       A    No.
 5       Q    Hold on.
 6            Mr. Woodland and Mr. Goodman.  Do
 7  you see that?
 8       A    I'm sorry, can you go back,
 9  please?
10       Q    Sure.
11            At 12:20 --
12       A    No, I'm sorry, could you do it
13  actually one page so I can actually read it?
14  The two pages is too small for me to read.
15            There you go.
16       Q    Does that help?
17       A    Perfect.
18       Q    This is from Mr. Wasserman to you
19  and to Mr. Woodland and to Mr. Goodman.
20            Do you see that?
21       A    Yes.
22       Q    And it says, "We are all set on
23  our end and ready to close.  Please confirm that
24  you are signed off," and so forth.
25            And I take it this is the
```

Page 3652

Mirman - Cross

1
2  grandparents.com closing that you referred to?
3      A    That is what Jeff Wasserman is
4  referring to.
5      Q    Now, do you remember when you
6  received this e-mail?  Sent at 12:20, do you
7  remember when you received it?
8      A    No.
9      Q    You told us earlier -- by the way,
10 as of February 23rd, 2012, how long had you been
11 at the firm?
12     A    Six weeks.
13     Q    And you told us earlier, I think,
14 when you were talking about in your view
15 Mr. Belesis' good points, that he's hands-on.
16     A    Yes.
17     Q    Was he hands-on on financing
18 deals?
19     A    Sometimes.
20     Q    Well, was he hands-on on the
21 grandparents.com?
22     A    Define "hands-on."
23     Q    You define it.  You told us he was
24 hands-on.  What do you mean, hands-on?
25     A    I said that he was involved in all