# EXHIBIT 14

Page 125

125:1      Q   Do you recall saying -- you don't recall saying
2    that to us during that conversation?
3      A   No, I do not recall that, that part of the
4    conversation.
5      Q   Okay.  And that is not your recollection,
6    sitting here today?
7      A   That is correct.  That is not my recollection
8    today.
9      Q   Okay.  Did you have any plans regarding John
10   Thomas Financial around this time -- around this date and
11   time, August 25th, 2011 [sic]?
12     A   Yes, actually --
13     Q   Excuse me.  2012.
14     A   That's right, excuse me.  After the second trip
15   on August 23rd, I had coffee with Mr. Mirman and --
16        MR. PETRILLO:  Can I stop you there?
17        THE WITNESS:  Oh, sure.
18        MR. PETRILLO:  You said after the second trip.
19   I'm not sure what you're referring to.
20     A   Oh, I'm sorry.  The second analysts' trip to
21   the mine, on August 22nd.
22     Q   Um hmm.
23     A   And, I had coffee with Mr. Mirman and
24   Mr. Genovese in the morning.
25     Q   Um hmm.

Tafuri William - February 20, 2013 00:00:00 a.m.
Page 125 May 1, 2013 1:14 pm

Page 126

126:1      A   And, Mr. Mirman says he liked what he saw, and
2    he wanted me to come to New York and make a presentation
3    to his investment bankers --
4      Q   Um hmm.
5      A   -- and see if there was a possibility of
6    financing.
7         So, at that point, we did plan for me to go to
8    New York, so --
9      Q   Okay.  And, were there preparations that you
10   participated in for that trip to New York?
11     A   Yes.  His administrative assistant, Stacey,
12   made some hotel reservations for me, or recommended the
13   hotel.  And, that was -- that was the main preparation.
14     Q   Um hmm.
15     A   I was prepared.  I just had my standard stump
16   speech on my computer.
17     Q   Okay.  And was Mr. Genovese expecting to go on
18   that trip with you?
19     A   Excuse me?
20     Q   Was Mr. Genovese expecting to go to --
21     A   I did not expect --
22     Q   -- to meet with -- excuse me, to -- to --
23     A   Oh, excuse me.
24     Q   -- also meet at John Thomas?
25     A   I did not expect Mr. Genovese to be there.  He

Tafuri William - February 20, 2013 00:00:00 a.m.
Page 126 May 1, 2013 1:14 pm

Page 127

127:1      did turn out to be there, but it was not part of my
2    planning.
3      Q   Okay.  So, you didn't know that Mr. Genovese
4    was expected to -- to be there.
5         Is that correct?
6      A   That is correct.
7      Q   Okay.  And so, you didn't -- did you -- did you
8    make any preparations yourself for your visit to John
9    Thomas?  Did you prepare any documents, or any
10   presentation materials for your meeting at John Thomas?
11     A   I did not prepare anything special.  I had my
12   standard stump speech on the computer.  They're a
13   standard corporate presentation.  And, all I did was ask
14   the John Thomas people if they had some way that I could
15   plug my computer in, if they had a screen or something
16   like that, that that I could use, to use the standard
17   PowerPoint.
18     Q   Okay.  And did you discuss with Mr. Genovese
19   any of the materials that you were preparing?
20     A   I just told him that I would bring my standard
21   -- standard material when I had coffee with him in the
22   morning on the 23rd.
23     Q   Okay.  You told Mr. Genovese that you --
24     A   Yes.
25     Q   -- would bring that material?

Tafuri William - February 20, 2013 00:00:00 a.m.
Page 127 May 1, 2013 1:14 pm

Page 128

128:1      A   Yes, --
2      Q   Okay.
3      A   -- I told Mr. Genovese that I would bring that
4    material, and Mr. Mirman.  We were -- we were together.
5      Q   Okay.
6         (Pause)
7      Q   I'm going to go a little bit out of order here,
8    sorry.  I'm showing you, Mr. Tafuri and counsel, what's
9    been pre-marked as Exhibit 13.  It purports to be a copy
10   of a document entitled "John Thomas Financial Meeting,"
11   and with Bates number JTF-000207LGSV.
12        (Witness perusing document.)
13     Q   Okay.  Have you seen this document before?
14     A   No, I have not seen this.
15     Q   Okay.  And, having reviewed it, do you have an
16   understanding of what it is?  What it might be?
17     A   Yes.  I don't understand what Series 63 is.  I
18   know what 7 is.  But, it's just an invitation for their
19   staff to attend this meeting.
20     Q   Okay.  Do you see the summary of the meeting in
21   the bottom part of the page there?  "On Tuesday,
22   August 28th, 2012," et cetera?
23     A   Well, the one obvious thing I don't agree with
24   on this page is that I'm not the CEO and was not at that
25   time.

Tafuri William - February 20, 2013 00:00:00 a.m.
Page 128 May 1, 2013 1:14 pm

Page 129

1  129:1        Q   Okay.
2  2            MR. PETRILLO:   Take it one step at a time.
2  3     The Staff asked you whether you see that portion of the
   4     memo.  Do you see that portion of the memo?  That's a
3  5     "yes" or "no" question.  Do you see this portion of the
   6     memo?
4  7            THE WITNESS:   Oh, yes.
   8            MR. PETRILLO:   Okay.  Now wait for the next
5  9     question.
   10           MS. SPILLANE:   Okay.
6  11           [Laughter]
   12           BY MS. SPILLANE:
7  13       Q   And, just to establish, the meeting you were
   14    just referring to in your testimony took place is the
8  15    same meeting that's referred to here as the -- on --
   16    that's the Tuesday, August 28th, 2012 meeting.
9  17           Is that right?
   18       A   That is correct.
10 19       Q   Okay.  Was Mr. Genovese also at the -- at the
   20    meeting at John Thomas with you ultimately?
11 21       A   Yes, he was.
   22       Q   Okay.  But, Mr. Genovese is not referred to in
12 23    this portion of the meeting here.
   24           Was -- was Mr. Genovese present when you spoke
13 25    to a group of Registered Reps at John Thomas Financial?
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 129 May 1, 2013 1:14 pm

Page 131

1  131:1        Q   Okay.  And so, you were aware that about two
2  2     minutes before you spoke to the group of people at John
2  3     Thomas, you became -- you were made aware that they were
   4     stock brokers.
3  5        A   That is correct.
   6        Q   Okay.  And, who told you that?
4  7        A   I think Avi Mirman.
   8        Q   Okay.  But Mr. Genovese hadn't referred --
5  9     hadn't informed you of that fact beforehand?
   10       A   No, he did not.
6  11       Q   Okay.  And, Mr. Mirman had not informed you of
   12    that fact beforehand?
7  13       A   No, he did not.
   14       Q   Okay.  At what point did you become aware that
8  15    Mr. Genovese was going to be involved in the meeting at
   16    John Thomas?
9  17       A   When I saw him at breakfast the morning of the
   18    28th.  I had breakfast at the Millennium, stayed at the
10 19    Millennium, and they -- we had plans that we were going
   20    to meet in the lobby.  Instead, he and Mr. Mirman came by
11 21    and saw me having breakfast, and stopped and said hello.
   22       Q   Okay.  When you say "we had plans" that you
12 23    were going to meet, who is the "we" you were referring
   24    to?
13 25       A   Oh, Mr. Mirman and myself.
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 131 May 1, 2013 1:14 pm

Page 130

1  130:1        A   Yes, he was.
2  2        Q   Okay.  And, I guess I should establish for the
2  3     record, with respect to the rest of the paragraph, do you
   4     agree with that summary of -- of the meeting?  With
3  5     respect to the facts it includes, not necessarily with
   6     respect to other facts it might have included.
4  7        A   Yes, I -- I agree with what they say here,
   8     although this one-page teaser, I haven't seen that, and I
5  9     don't -- I had no knowledge that they had passed this
   10    out.  And, this has got the wrong date on it.
6  11       Q   Okay.  So, your understanding is -- or your
   12    recollection is that there was not a one-page teaser
7  13    handed out.
   14       A   I did not see that passed out, --
8  15       Q   Okay.
   16       A   -- and I did not see anybody reading -- reading
9  17    one.
   18       Q   Okay.  When you spoke to -- were you aware that
10 19    at the meeting at John Thomas you were speaking to a
   20    group of Registered Reps?
11 21       A   I was made aware of it about two minutes
   22    before, yes.
12 23       Q   Okay.  And what's a Registered Rep, as far as
   24    you know?
13 25       A   I'm looking at someone who is a stock broker.
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 130 May 1, 2013 1:14 pm

Page 132

1  132:1        Q   Okay.  And your -- your plans previously had
2  2     not included Mr. Genovese?
2  3        A   That is correct, had not included him.
   4            MR. HOTZ:   Can I ask a foundation question
3  5     here, because I think -- Mr. Tafuri, did you -- were you
   6     planning on meeting up with Mr. Genovese later that day,
4  7     at John Thomas Financial?  And, weren't you going to go
   8     to Toronto with him, to fly there at the end of the day?
5  9            THE WITNESS:   Correct.  I was planning on
   10    meeting him somewhere.  I wasn't specific.  It wasn't
6  11    specific at where.
   12           MR. HOTZ:   You didn't understand that you were
7  13    going to meet him at John Thomas Financial and travel to
   14    Toronto later that day?
8  15           THE WITNESS:   I understood that I was going to
   16    meet him.  I'm -- still, as the exact spot, was kind of
9  17    up to whatever happened at John Thomas.
   18           BY MS. SPILLANE:
10 19       Q   Okay.  So, let's just back up a step.
   20       A   Um hmm.
11 21       Q   You understood that Mr. Genovese was going to
   22    be in New York at the same time you were going to be in
12 23    New York.
   24           Is that correct?
13 25       A   Right.
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 132 May 1, 2013 1:14 pm

Page 133

1 133:1       Q   Did you know that Mr. Genovese had -- had
2 2    meetings planned at John Thomas for that same day?
2  3       A   I had no knowledge of what Mr. Genovese had
4    planned --
3 5       Q   Okay.
6       A   -- for himself.
4 7       Q   Okay.  And, in your discussions around your
8    plans for traveling or being in New York at the same
5 9    time, Mr. Genovese never mentioned -- Mr. Genovese
10    understood that you had a meeting -- or Mr. Genovese knew
6 11    that you had a meeting scheduled with John Thomas.
12       Is that right?
7 13       A   That is correct.
14       Q   Okay.  And, Mr. Genovese never mentioned that
8 15    he would be there at the same time.
16       A   Not to --
9 17       Q   Is that correct?
18       A   -- my recollection.
10 19       Q   Okay.  Did Mr. Genovese say anything or
20    Mr. Mirman say anything to suggest to you affirmatively
11 21    that Mr. Genovese would not be there?
22       A   Not that I recollect, no.
12 23       Q   Okay.
24       A   My -- excuse me.  But my -- my meetings with --
13 25    were with Mr. Mirman and I was supposed to meet with his
Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 133 May 1, 2013 1:14 pm

Page 134

1 134:1    investment bankers.
2 2       Q   Okay.  And, had Mr. Genovese been a part of the
2  3    discussions -- any discussions that you had with Mirman
4    prior to -- in between when you decided to meet and, you
3 5    know, and that morning, when you saw Mr. Genovese with
6    Mr. Mirman?
4 7       A   As I recollect, I had very little -- very
8    little contact with Mr. Genovese at that time.  The
5 9    e-mails were mainly between myself and their admin
10    assistant, Stacey.  And were like, where do I go, do you
6 11    have a screen, this type of thing.
12       Q   Okay.
7 13       A   And -- but, I just told him that, you know, I
14    would bring my standard -- my standard preparation
8 15    material.
16       Q   Okay.  Were you surprised to see Mr. Genovese
9 17    that morning with Mr. Mirman?
18       A   I guess, in recollection, not really.
10 19       Q   Okay.  All right.  So -- and then, when -- when
20    you saw Mr. Mirman walking with Mr. Genovese in -- in the
11 21    hotel, did you have a meeting at that point with the two
22    of them?
12 23       A   No, I did not.
24       Q   Okay.
13 25       A   I mean, at the hotel.  I'm sorry.  I
Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 134 May 1, 2013 1:14 pm

Page 135

1 135:1    misunderstood.  You said meeting at the hotel?
2 2       Q   You said you saw them walking together at the
2  3    hotel, which is how you came to understand --
4       A   Right.
3 5       Q   -- that Mr. Genovese may be a part of your
6    meeting that day.
4 7       Is that right?
8       A   That is correct.
5 9       Q   Okay.  And, did you subsequently meet with
10    Mr. Mirman and Mr. Genovese at the hotel?
6 11       A   Only at that brief moment, for breakfast.
12       Q   Okay.
7 13       A   They did not have breakfast.  I did.  I was
14    finished with breakfast, and about to leave.
8 15       Q   Okay.  And then, at what point did you -- and
16    then, at some point, you headed over to John Thomas by
9 17    yourself.
18       Is that right?
10 19       A   No, I went with Mr. Mirman.
20       Q   Okay.  And then, when did you see Mr. Genovese
11 21    again?
22       A   At John Thomas.
12 23       Q   Okay.  And so, describe, once you arrive at
24    John Thomas, just -- just describe how the meeting took
13 25    place.
Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 135 May 1, 2013 1:14 pm

Page 136

1 136:1       A   Okay.  Well, I went into the John Thomas office
2 2    with Mr. Mirman.
2  3       Q   Um hmm.
4       A   Immediately into the conference room.  I was in
3 5    the conference room for a short time when Mr. Belesis
6    came in, introduced himself.  Other brokers, bankers,
4 7    whichever, I don't know, came in, and some introduced
8    themselves, and some did not.
5 9       Very pleasant chit-chat for a few minutes, and
10    that was the end of that.  I had thought that, you know,
6 11    I would make a presentation to investment bankers at that
12    particular room, but Mr. Mirman asked me.  He said,
7 13    "Would you mind making a brief presentation to the -- to
14    the trading floor?"  I said, "No problem."
8 15       So, we went to the training [sic] floor and
16    made a brief presentation.  Avi Mirman made a brief
9 17    presentation, explaining essentially what this said, and
18    he said, "I'd like to introduce my friend, Mr. Genovese,"
10 19    and he gave a brief introduction to Mr. Genovese,
20    explaining that he was a wealthy investor, that he had
11 21    houses, that he had polo ponies, that he had a boat, and
22    he had a plane, and et cetera.
12 23       And then, very quickly, almost that quick,
24    turned the microphone over to Mr. Genovese.  And, he had
13 25    one of these entertainment-style microphones without a --
Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 136 May 1, 2013 1:14 pm

Page 137

```
1 137:1      without a cord on it.  And, handed that to Mr. Genovese.
2  2             Mr. Genovese gave his standard speech, which
2  3      starts with "I cremate more people than anybody else in
   4      the United States," which I think is a great line to get
3  5      peoples' attention.  And, in fact, with that comment,
   6      peoples' ears perked up, and he told them about his
4  7      Neptune Society.
   8             And then, he briefly mentioned that he had 14
5  9      other businesses than B G Capital, and that he had
   10     invested heavily in Liberty Silver, and he thought it was
6  11     a long-term play.  And, he mentioned that it was, in his
   12     words, "tremendously undervalued," and he thought the
7  13     stock could be some -- should be somewhere in the range
   14     of four fifty to five dollars.
8  15            At that point, Avi stopped him and gave me the
   16     microphone, and told me to give a brief background on
9  17     myself and why I thought the property was good, and
   18     that's what I did.  I gave a brief background of my
10 19     education, of my professional history, and that fact that
   20     I thought that Liberty -- or that the Trinity deposit was
11 21     going to make money, that it had everything going for it,
   22     and it had the potential to make money.
12 23            And Avi, at that point, interceded and we left,
   24     left the floor.
13 25        Q   Okay.  And about how long were you speaking
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 137 May 1, 2013 1:14 pm
```

Page 138

```
1 138:1      for?
2  2         A   I'd say my particular talk itself was probably
2  3      two minutes, very quick.  And, I'd say Mr. Genovese was
   4      the same.  And, Avi was probably a minute.  So, the whole
3  5      procedure was very quick.
   6         Q   Okay.  Was Mr. Genovese there when you met
4  7      Mr. Belesis in the conference room?
   8         A   I don't remember whether he was or not.
5  9         Q   Okay.  At what point did you meet up with
   10     Mr. Genovese?
6  11        A   As we were walking out to the floor, I became
   12     aware of him.  He could have been in the conference room.
7  13        Q   Okay.  And, you didn't have any conversation
   14     with him, with Mr. Genovese, at that point?
8  15        A   No, I did not.
   16        Q   Okay.  What was your reaction to his -- his
9  17     presentation?
   18        A   Ho hum.  It -- I've heard him talk about
10 19     himself in that same tone before, just his standard
   20     speech.
11 21        Q   Um hmm.
   22        A   As far as the presentation with the mine goes,
12 23     that's the first time I've seen him get up and tell
   24     somebody that he thought the stock was worth four fifty
13 25     or five dollars.
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 138 May 1, 2013 1:14 pm
```

Page 139

```
1 139:1        Q   Um hmm.
2  2         A   And, it could very easily do that.  I wasn't
2  3      upset with that.  It wasn't at the moment, that's for
   4      sure.  Maybe to tell brokers that might be something
3  5      else.  I don't know.
   6         Q   And what do you mean when you say "to tell
4  7      brokers that might be something else"?  What do you mean
   8      by that?
5  9         A   Well, just I'm not used to anybody telling a
   10     broker what you think a stock is going to appreciate to.
6  11        Q   Um hmm.  Did that seem inappropriate to you at
   12     the time?
7  13        A   No, it just -- I don't know.  It seemed a
   14     little different to me, but I do read business papers,
8  15     and I pay attention to business materials, and I'm just
   16     not used to seeing people do that.  It rang true in my
9  17     own mind.  Yes, it's possible it can go to that, go that
   18     high.
10 19        Q   Um hmm.
   20        A   And, it's possible it can go higher.
11 21        Q   Um hmm.  You said Mr. Genovese described
   22     Liberty Silver as a long-term play.
12 23            What's your understanding of what "long-term
   24     play" means?
13 25        A   I don't know what he had in his particular
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 139 May 1, 2013 1:14 pm
```

Page 140

```
1 140:1      mind.  I know in my particular mind, that it's
2  2      approximately from the day you get financing to the day
2  3      you flip the switch are two -- two years on the outside
   4      into production.
3  5         Q   Um hmm.
   6         A   And so, that's reasonable.
4  7            MR. PETRILLO:  What -- "into production"
   8      meaning the mine into production?
5  9            THE WITNESS:  The mine into production, right.
   10           MS. SPILLANE:  Um hmm.
6  11           BY MS. SPILLANE:
   12        Q   And, did -- did Mr. Genovese give a time frame
7  13     for the -- his four fifty to five dollar price target?
   14        A   No, he did not, at least not to my
8  15     recollection.
   16        Q   Okay.  Did Mr. -- did you see Mr. Genovese hand
9  17     out any materials to the brokers while you were there?
   18        A   No, he did not.
10 19        Q   Okay.
   20        A   At least I did not see him.
11 21        Q   Okay.
   22        A   He did not, at that moment, at any rate.
12 23        Q   Okay.
   24           BY MR. OSNATO:
13 25        Q   You told us about Mr. Genovese describing the
   Tafuri William - February 20, 2013 00:00:00 a.m.
14 Page 140 May 1, 2013 1:14 pm
```

|  |  |
|---|---|
| Page 141 | Page 143 |

Page 141

141:1     company as a long-term play, and you mentioned the price
2     projection of four fifty to five dollars.
3          Can you remember today any other specific
4     things Mr. Genovese said to the brokers at John Thomas?
5     A   No, I don't at the moment.
6     Q   Okay.  Did he -- let me back up.
7     A   Sure.
8     Q   Did you have an understanding of why you and he
9     were addressing a floor of brokers?
10     A   No, I -- I did not.  This was a total surprise
11     to me.
12     Q   Do you know what brokers do?
13     A   Oh, yes.
14     Q   Brokers sell stock, correct?
15     A   Yeah, right.  My wife is a broker.
16     Q   Did you have an understanding at the time when
17     you were listening to Mr. Genovese tell the brokers about
18     Liberty Silver and its stock price, that he was trying to
19     -- trying to persuade them to put their clients into the
20     stock?
21     A   I certainly felt that, at that -- at that
22     point.
23     Q   Right.  And, when Mr. Genovese was speaking,
24     did he tell the brokers that he had a large position in
25     the stock?
Tafuri William - February 20, 2013 00:00:00 a.m.
Page 141 May 1, 2013 1:14 pm

Page 142

142:1     A   If I remember correctly, I think he did.
2     Q   Did he tell the brokers that he intended to
3     sell a large position in the stock within days, if not
4     weeks?
5     A   No.  I certainly do not remember that.
6     Q   Did he tell the brokers that he, Mr. Genovese,
7     had been personally involved in efforts to promote the
8     stock, including through compensating promoters?
9     A   No, he didn't.
10     Q   Did he disclose to the brokers that he himself
11     had been engaged in trading that was intended to
12     influence the price of Liberty Silver stock?
13     A   No, he did not.
14          (Pause)
15          BY MS. SPILLANE:
16     Q   Did you have discussions with Mr. Genovese
17     after the meeting about the meeting?
18     A   Yes, I did.
19     Q   Um hmm.
20     A   Briefly.
21     Q   And, what did you discuss?
22     A   I discussed that, you know, I thought I was
23     going to be making a presentation to investment bankers
24     --
25     Q   Um hmm.
Tafuri William - February 20, 2013 00:00:00 a.m.
Page 142 May 1, 2013 1:14 pm

Page 143

143:1     A   -- regarding financing.  And, he essentially
2     said, "No, that's taken care of, and this is what we need
3     to do today, this is all we need to do today."
4     Q   And what did you -- what did you interpret him
5     to mean when he said "that's all taken care of"?
6     A   I interpreted it to mean that he and
7     Mr. Belesis or Mr. Mirman, or whatever, had opened that
8     door for the financing.
9     Q   Without a representative -- an actual employee
10     of Liberty Silver being -- participating.
11          Is that correct?
12     A   Correct.  But also remember that Mr. Mirman was
13     on the mine site.  And so, he visited the mine.  He had
14     the -- the SRT presentation, the JBR presentation, my
15     presentation.  So, he was well versed.
16     Q   Um hmm.  And when he said "that's all taken
17     care of," did you understand that to mean that
18     Mr. Genovese had taken care of it?
19     A   I did not -- didn't get any personalities into
20     that.  That just somebody had agreed that they were going
21     to go farther with us.
22     Q   Somebody had agreed that -- who --
23     A   Somebody in John Thomas.
24     Q   That somebody at John Thomas had agreed that
25     John Thomas would go farther with Mr. Genovese?
Tafuri William - February 20, 2013 00:00:00 a.m.
Page 143 May 1, 2013 1:14 pm

Page 144

144:1     A   No, with Liberty Silver.
2     Q   Okay.  And that -- and -- but, there was, as
3     far as you know, there was no representative of Liberty
4     Silver at that meeting.
5     A   Correct.  Whatever they discussed behind closed
6     doors did not -- I was not there, and nobody else from
7     Liberty Silver was in that building at that time.
8     Q   Okay.  Do you know if Mr. Genovese was part of
9     that meeting?
10     A   I don't know what went on behind the closed
11     door.  I don't know who was in there.  It could have been
12     anybody.
13     Q   Okay.  Did you -- regardless of the fact of
14     what you know to be certain, did you conclude that
15     Mr. Genovese had been involved in that meeting?
16     A   No, I could not -- I couldn't second-guess
17     that.
18     Q   Okay.
19     A   I don't know what happened.
20     Q   Okay.  How did you think Mr. Genovese knew that
21     John Thomas had decided to go forward with it?
22     A   He talked to somebody before he talked to me.
23     Q   Okay.  Did he talk to somebody at Liberty
24     Silver?
25     A   No.  I was the only Liberty Silver rep -- oh,
Tafuri William - February 20, 2013 00:00:00 a.m.
Page 144 May 1, 2013 1:14 pm