UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION            :
                                              :
                                              :
                   Plaintiff(s),              :      17 Civ. 5821 (LGS)
         -v-                                  :
                                              :
ROBERT DONALD BRUCE GENOVESE,                 :
B.G. CAPITAL GROUP, LTD., and                 :
ABRAHAM "AVI" MIRMAN,                         :      ORDER GRANTING
                                              :      WITHDRAWAL AS COUNSEL
                   Defendant(s).              :
------------------------------------------------------------------X

Upon Walter J. Mathews' Motion for Withdrawal as Counsel for Defendants Robert Donald Bruce Genovese and B.G. Capital Group, Ltd., and the accompanying Declaration of Walter J. Mathews,

IT IS HEREBY ORDERED that the motion to withdraw as counsel for Defendants Robert Donald Bruce Genovese, and B.G. Capital Group, Ltd. is granted, and the appearance of Walter J. Mathews and Mathews Giberson LLP is withdrawn as of the date of this Order.

SO ORDERED.

Dated: June ___, 2020
       New York, New York


                                                     _____
                                                     HON. LORNA G. SCHOFIELD
                                                     United States District Judge