```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SECURITIES AND EXCHANGE                                      :
COMMISSION,                                                  :    17 Civ. 5821 (LGS)
                                  Plaintiff,                 :
                                                             :         ORDER
             -against-                                       :
                                                             :
ABRAHAM MIRMAN, et al.,                                      :
                                  Defendants.                :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated July 1, 2019, at Docket No. 123, final judgment was entered against Defendants Robert Donald Bruce Genovese and BG Capital Group (the "Genovese Defendants");

WHEREAS, on June 10, 2020, the Genovese Defendants' counsel Walter J. Mathews filed a motion to withdraw as attorney (Dkt. No. 164) and no opposition was filed.  It is hereby

**ORDERED** that the Clerk of Court is respectfully directed to terminate the Genovese Defendants from this case.  It is further

**ORDERED** that Walter J. Mathews' motion to withdraw as attorney at Docket No. 164 is DENIED as moot.  The Clerk of Court is respectfully directed to close Docket No. 164.

Dated: June 22, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**