UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE  :
COMMISSION,  :
                                  Plaintiff,  :
                                                    :     17 Civ. 5821 (LGS)
                  -against-  :
                                                    :          ORDER
ROBERT DONALD BRUCE GENOVESE et al., :
                                 Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Opinion and Order, dated March 26, 2021, granted in part and denied in part Plaintiff's motion for partial summary judgment as to Defendant Abraham Mirman.

      WHEREAS, this action is trial ready.  It is hereby

      **ORDERED** that a jury trial will begin on **September 7, 2021, at 9:45 a.m.**, or the Court's first available date thereafter, subject to the availability of suitable courtrooms during the COVID-19 pandemic.  It is further

      **ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

(1) Any motions in limine shall be filed by **June 28, 2021**.  Responses to the motions shall be filed by **July 12, 2021**.  No replies shall be filed.  The parties shall follow the Court's Individual Rules regarding such motions.

(2) Joint requests to charge, *voir dire*, the verdict form and any memorandum of law, as provided in the Court's Individual Rules, shall be filed by **August 5, 2021**.

(3) The final pre-trial order shall be filed by **August 12, 2021**.

(4) The parties shall appear for the final pre-trial conference on **August 26, 2021, at 4:00 p.m.**, on the following conference call line:  888-363-4749, access code 558-3333.

Dated: April 14, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE