UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    :
SECURITIES AND EXCHANGE    :
COMMISSION**,**    :    17 Civ. 5821 (LGS)
                Plaintiff,    :
    :    <u>SCHEDULING ORDER</u>
    -against-    :
    :
ROBERT DONALD BRUCE GENOVESE, et    :
al.,    :
                Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order at Dkt. No. 173, a jury trial in this case is currently scheduled to commence on December 6, 2021, at 9:45 a.m., or the Court's first available date thereafter;

    WHEREAS, due to the limited number of courtrooms available for jury trials during ongoing COVID-19 protocols, a courtroom was tentatively assigned for November 15, 2021. It is hereby

    **ORDERED** that the jury trial scheduled for December 6, 2021, at 9:45 a.m. is adjourned to **November 15, 2021, at 9:45 a.m.**, subject to courtroom availability. The parties shall be ready to proceed on 24 hours' notice on or after November 15, 2021.

Dated: August 27, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**