UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                             :

SECURITIES AND EXCHANGE        :
COMMISSION,                         :
                    Plaintiff,    :       17 Civ. 5821 (LGS)
                             :
        -against-        :           ORDER
                             :
ROBERT DONALD BRUCE GENOVESE, et al.,:
                  Defendants. :
                            X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant Mirman has submitted a letter requesting an adjournment of the trial currently scheduled for November 15, 2021;

      WHEREAS, the SEC has submitted a response indicating its consent to a reasonable continuance and raising the issue of a potential withdrawal of representation by Defendant Mirman's counsel.  It is hereby

      **ORDERED** that the parties shall appear for a telephonic conference on **September 16, 2021, at 11:50 a.m.** on conference line **888-363-4749** using access code **5583333** to discuss Defendant Mirman's request and the SEC's concern.  Defendant Mirman shall be present at the conference.

Dated: September 14, 2021
      New York, New York

                        LORNA G. SCHOFIELD
                    UNITED STATES DISTRICT JUDGE