```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SECURITIES AND EXCHANGE                                      :
COMMISSION,                                                  :
                              Plaintiff,                     :   17 Civ. 5821 (LGS)
                                                             :
            -against-                                        :   ORDER
                                                             :
ROBERT DONALD BRUCE GENOVESE, et al.,                        :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 30, 2021, required Defendant Mirman to file a letter by October 14, 2021, providing a proposed trial date and his (and his counsel's) intentions as to who will represent him at trial, (Dkt. No. 181);

WHEREAS, Defendant Mirman failed to submit the letter.  It is hereby

**ORDERED** that Defendant Mirman shall submit the letter by **October 18, 2021**.

Dated: October 15, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**