

**Application GRANTED.  The parties shall file their joint pretrial order by August 29, 2022.**

Dated: August 9, 2022
New York, New York

1(212) 318-6920
aviweitzman@paulhastings.com

August 8, 2022

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**SENT VIA ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Securities and Exchange Commission v. Mirman*, 17 Civ. 5821 (LGS)

Dear Judge Schofield:

I write as counsel to Defendant Avi Mirman to request a two-week extension, until August 29, 2022, of the deadline for the parties to submit their Joint Pretrial Order, which is currently due on August 15, 2022. See ECF No. 253.

Mr. Mirman engaged Paul Hastings in this matter on July 20, 2022.  Since then, the parties have worked diligently and have been making good progress on the Joint Pretrial Order.  Among other things, the SEC has provided the defense with its trial witness list, trial exhibit list, and a copy of its trial exhibits, and Mr. Mirman will be providing the SEC with a copy of his witness list and his objections to the SEC's proposed exhibits this week.  However, due to certain technological challenges in transitioning the case from Gibson Dunn, which formerly represented Mr. Mirman, we do not yet have a copy of the discovery database and are therefore unable to provide the SEC with a copy of Mr. Mirman's anticipated defense exhibits.  We expect to receive access to the document database this week, and then will work diligently to provide the SEC with Mr. Mirman's trial exhibits list and a copy of Mr. Mirman's trial exhibits by August 19, 2022, in order to finalize the parties' Joint Pretrial Order.

This is Mr. Mirman's second request for an extension of the Joint Pretrial Order deadline.  Previously, on June 30, 2022, Mr. Mirman requested a one-month extension of the deadline given undersigned counsel's departure for Paul Hastings, which request the Court granted.  *See* ECF Nos. 252, 253.  As before, while the defense is requesting a two-week extension of the filing deadline, we do not anticipate seeking—nor do we desire—any adjournment of the remaining deadlines in the case, including the September 15 final pretrial conference or the anticipated October 11 trial commencement date.



Hon. Lorna G. Schofield, U.S.D.J.
August 8, 2022
Page 2

The parties have met and conferred regarding this extension request, and the SEC consents to the request provided that it receives Mr. Mirman's proposed trial exhibit list and trial exhibits by August 19, 2022.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Avi Weitzman*
Avi Weitzman


cc:  All Counsel of Record