UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT DONALD BRUCE GENOVESE, B.G. CAPITAL GROUP, LTD., and ABRAHAM "AVI" MIRMAN, <br><br> Defendants. | No. 17-cv-5821-LGS |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated October 14, 2022, substituting the law firm K&L Gates LLP as counsel of record in place of Paul Hastings LLP (Dkt. 293), the undersigned hereby withdraws her appearance as counsel of record for Defendant Abraham "Avi" Mirman in the above-captioned action.

Respectfully submitted,

Dated: November 3, 2022

*/s/ Amanda L. Pober*
Amanda L. Pober
PAUL HASTINGS LLP
200 Park Avenue, 29th Floor
New York, NY 10166
Tel:  (212) 318-6221
Fax: (212) 319-4090
amandapober@paulhastings.com

*Counsel for Defendant Abraham "Avi" Mirman*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Amanda L. Pober*
Amanda L. Pober